| | |
|---|---|
| 1 | CARSON H. SULLIVAN (*admitted pro hac vice*) |
|   | carsonsullivan@paulhastings.com |
| 2 | MADALYN K. DOUCET (*admitted pro hac vice*) |
|   | madalyndoucet@paulhastings.com |
| 3 | PAUL HASTINGS LLP |
|   | 2050 M Street NW |
| 4 | Washington, D.C. 20036 |
|   | Telephone: 1(202) 551-1700 |
| 5 | Facsimile: 1(202) 551-1705 |
| 6 | EMILY R. PIDOT (SB# 233241) |
|   | emilypidot@paulhastings.com |
| 7 | SARA B. TOMEZSKO (*admitted pro hac vice*) |
|   | saratomezsko@paulhastings.com |
| 8 | PAUL HASTINGS LLP |
|   | 200 Park Avenue |
| 9 | New York, New York 10166 |
|   | Telephone:  1(212) 318-6000 |
| 10 | Facsimile:  1(212) 319-4090 |
| 11 | FELICIA A. DAVIS (SB# 266523) |
|   | feliciadavis@paulhastings.com |
| 12 | ANKUSH DHUPAR (SB# 307689) |
|   | ankushdhupar@paulhastings.com |
| 13 | LINDSEY C. JACKSON (SB# 313396) |
|   | lindseyjackson@paulhastings.com |
| 14 | PAUL HASTINGS LLP |
|   | 515 S. Flower Street |
| 15 | Twenty-Fifth Floor |
|   | Los Angeles, California  90071-2228 |
| 16 | Telephone:  1(213) 683-6000 |
|   | Facsimile:  1(213) 627-0705 |
| 17 | |
| 18 | Attorneys for Defendant |
|   | Google LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APRIL CURLEY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>  Defendant. | CASE NO. 4:22-CV-01735-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>Complaint Filed 3/18/2022 |

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation requesting that the Court

adjourn the Defendant's deadline to respond to the Complaint until 30 days after Plaintiff files her forthcoming First Amended Complaint. This request is supported by the Declaration of Carson H. Sullivan, filed herewith.

WHEREAS, Plaintiff filed a Complaint in this action on March 18, 2022, and Defendant executed a waiver of the service of summons;

WHEREAS, pursuant to Federal Rules of Civil Procedure, Rule 4(d)(3), Defendant's current deadline to respond to the Complaint is May 31, 2022;

WHEREAS, Plaintiff's attorneys have alerted counsel for Defendant that Plaintiff intends to amend the Complaint to add additional named Plaintiffs and assert additional causes of action;

WHEREAS, the parties met and conferred, and desire to avoid *seriatim* amendments and responsive pleadings;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-2, by and between Plaintiff and Defendant through their undersigned counsel as follows:

1. Plaintiff's deadline to file a First Amended Complaint is June 30, 2022;
2. Defendant's deadline to respond to the First Amended Complaint is July 29, 2022.

Respectfully submitted,

DATED: May 19, 2022

PLAINTIFF APRIL CURLEY

By: */s/ Suzanne E. Bish*
SUZANNE E. BISH
Attorneys for Plaintiff
April Curley

DATED: May 18, 2022

DEFENDANT GOOGLE LLC

By: _____
CARSON H. SULLIVAN
Attorneys for Defendant
Google LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 25, 2022

United States District Judge Yvonne Gonzalez Rogers