Ben Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Telephone:   (800) 713-1222
court@bencrump.com

Linda D. Friedman (pro hac vice)
Suzanne E. Bish (pro hac vice)
George Robot (pro hac vice)
STOWELL & FRIEDMAN LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Telephone:   (312) 431-0888
sbish@sfltd.com

Sam Sani (SBN 2733993)
SANI LAW, APC
15720 Ventura Blvd., Suite 405
Encino, CA 91436
Telephone:   (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | CASE NO: 4:22-cv-01735-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |

471189

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation requesting that the Court extend Plaintiffs' deadline to file their Response in Opposition to Defendant's Motion to Dismiss and Strike from October 28, 2022 to December 7, 2022, and extend Defendant's deadline to file its Reply from November 4, 2022 to December 21, 2022. This request is supported by the Declaration of Suzanne E. Bish, filed herewith.

WHEREAS, on September 15, 2022, Plaintiffs filed a Second Amended Complaint to add Plaintiffs' administratively exhausted federal and state law claims;

WHEREAS, on October 14, 2022, Defendant filed a Motion to Dismiss and Strike and Request for Judicial Notice;

WHEREAS, Plaintiffs' response is currently due by October 28, 2022, Defendant's reply is currently due by November 4, 2022, and a hearing is scheduled for November 22, 2022;

WHEREAS, due to a personal medical emergency that has arisen for Plaintiffs' counsel, in addition to pre-existing scheduling conflicts including professional commitments and deadlines in other matters in federal court and arbitration, Plaintiffs requested and counsel for Defendant agreed to extend the time for Plaintiffs to file their Response in Opposition to Defendant's Motion to Dismiss and Strike from October 28, 2022 to December 7, 2022, and extend the time for Defendant to file their Reply from November 4, 2022 to December 21, 2022.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-2, by and between Plaintiffs and Google through their undersigned counsel as follows:

1. Plaintiffs' deadline to file their Response in Opposition to Defendant's Motion to Dismiss and Strike is December 7, 2022;

2. Google's deadline to file its Reply in Support of its Motion to Dismiss and Strike is December 21, 2022;

3. The hearing scheduled for November 22, 2022 is struck and will be rescheduled as soon as practicable thereafter at the convenience of the Court.

Respectfully submitted,

Dated:  October 25, 2022        STOWELL & FRIEDMAN, LTD.

By:  */s/ Suzanne E. Bish*
     Suzanne E. Bish

One of the Attorneys for Plaintiffs and the Putative Class

Dated:  October 25, 2022        By:  */s/ Carson H. Sullivan*
                                     Carson H. Sullivan

One of the Attorneys for Defendant Google, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____        _____
                              United States District Judge Yvonne Gonzalez Rogers