1  Ben Crump (pro hac vice)
2  Nabeha Shaer (pro hac vice)
   BEN CRUMP LAW, PLLC
3  122 S. Calhoun St.
   Tallahassee, FL 32301
4  Telephone:    (800) 713-1222
   court@bencrump.com
5
6  Linda D. Friedman (pro hac vice)
   Suzanne E. Bish (pro hac vice)
7  George Robot (pro hac vice)
   STOWELL & FRIEDMAN LTD.
8  303 W. Madison St., Suite 2600
   Chicago, Illinois 60606
9  Telephone:    (312) 431-0888
   sbish@sfltd.com
10
11 Sam Sani (SBN 2733993)
   SANI LAW, APC
12 15720 Ventura Blvd., Suite 405
   Encino, CA 91436
13 Telephone:    (310) 935-0405
   ssani@sanilawfirm.com
14
15 *Attorneys for Plaintiffs and the Putative Class*

16               **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17

| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and on behalf of all others similarly situated, | CASE NO: 4:22-cv-01735-YGR |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
| v. | |
| GOOGLE, LLC, | |
| Defendant. | |

473341

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation requesting that the Court extend Plaintiffs' deadline to file their Response in Opposition to Defendant's Motion to Dismiss and Strike from January 6, 2023 to January 11, 2023, and extend Defendant's deadline to file its Reply from January 27, 2023 to February 1, 2023. This request is supported by the Declaration of Suzanne E. Bish, filed herewith.

WHEREAS, on September 15, 2022, Plaintiffs filed a Second Amended Complaint to add Plaintiffs' administratively exhausted federal and state law claims (Dkt. 43);

WHEREAS, on October 14, 2022, Defendant filed a 25-page Motion to Dismiss and Strike and a Request for Judicial Notice (Dkts. 44–46);

WHEREAS, on October 25, 2022, Plaintiffs filed a Joint Stipulation to Extend Time (Dkt. 47), which the Court granted (Dkt. 48), extending the time for Plaintiffs to file their Response to December 7, 2022, and for Defendant to file its Reply to December 21, 2022.

WHEREAS, on November 30, 2022, Plaintiffs filed a Joint Stipulation to Extend Time (Dkt. 49), which the Court granted (Dkt. 50), extending the time for Plaintiffs to file their Response to January 6, 2023, and for Defendant to file its Reply to January 27, 2023.

WHEREAS, Plaintiffs' counsel represents that Plaintiffs' counsel responsible for oversight of this response brief recently experienced a personal family emergency, requiring Plaintiffs' counsel to attend to her family member's care. Plaintiffs respectfully request a three-business-day extension to allow Plaintiffs' counsel the time to properly respond to the important motion before this Court.

WHEREAS, Plaintiffs requested and counsel for Defendant agreed to extend the time for Plaintiffs to file their Response in Opposition to Defendant's Motion to Dismiss and Strike from January 6, 2023 to January 11, 2023, and extend the time for Defendant to file its Reply from January 27, 2023 to February 1, 2023.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-2, by and between Plaintiffs and Google through their undersigned counsel as follows:

1. Plaintiffs' deadline to file their Response in Opposition to Defendant's Motion to Dismiss and Strike is January 11, 2023;

2. Google's deadline to file its Reply in Support of its Motion to Dismiss and Strike is February 1, 2023.

Respectfully submitted,

Dated:  January 4, 2023          STOWELL & FRIEDMAN, LTD.

                                 By:     /s/ Suzanne E. Bish
                                         Suzanne E. Bish

                                         One of the Attorneys for Plaintiffs and
                                         the Putative Class

Dated:  January 4, 2023          By:     /s/Carson H. Sullivan
                                         Carson H. Sullivan

                                         One of the Attorneys for Defendant Google, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 6, 2023          _____
                                 United States District Judge Yvonne Gonzalez Rogers