1  CARSON H. SULLIVAN (*admitted pro hac vice*)
   carsonsullivan@paulhastings.com
2  MADALYN K. DOUCET (*admitted pro hac vice*)
   madalyndoucet@paulhastings.com
3  PAUL HASTINGS LLP
   2050 M Street NW
4  Washington, D.C. 20036
   Telephone: 1(202) 551-1700
5  Facsimile: 1(202) 551-1705

6  (*Additional counsel for Defendant Google LLC on next page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | CASE NO. 4:22-CV-01735-YGR<br><br>**DECLARATION OF CARSON H. SULLIVAN IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER**<br><br>Hearing:<br><br>Date: May 23, 2023<br>Time: 2:00 p.m.<br>Place: Oakland Federal District Courthouse<br>       1301 Clay Street, Courtroom 1, Fourth Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:          March 18, 2022<br><br>Amended<br>Complaint Filed:          June 30, 2022 |

| | |
|---|---|
| 1 | EMILY R. PIDOT (SB# 233241)<br>emilypidot@paulhastings.com |
| 2 | SARA B. TOMEZSKO (*admitted pro hac vice*)<br>saratomezsko@paulhastings.com |
| 3 | PAUL HASTINGS LLP<br>200 Park Avenue |
| 4 | New York, New York 10166<br>Telephone:  1(212) 318-6000 |
| 5 | Facsimile:  1(212) 319-4090 |
| 6 | FELICIA A. DAVIS (SB# 266523)<br>feliciadavis@paulhastings.com |
| 7 | ANKUSH DHUPAR (SB# 307689)<br>ankushdhupar@paulhastings.com |
| 8 | LINDSEY C. JACKSON (SB# 313396)<br>lindseyjackson@paulhastings.com |
| 9 | PAUL HASTINGS LLP<br>515 S. Flower Street |
| 10 | Twenty-Fifth Floor<br>Los Angeles, California 90071-2228 |
| 11 | Telephone:  1(213) 683-6000<br>Facsimile:  1(213) 627-0705 |
| 12 | |
| 13 | *Attorneys for Defendant*<br>*Google LLC* |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

I, Carson H. Sullivan, declare:

1. I am an attorney at law admitted *pro hac vice* to practice before this Court, and I am counsel for record for Defendant Google LLC in the above-captioned case. I make this Declaration to place before this Court certain documents and information referenced in Defendant's Opposition to Plaintiffs' Motion for a Protective Order (the "Opposition").

2. As counsel for Google, I am aware that information concerning members of the putative classes at they are currently defined in the operative Second Amended Complaint, (Dkt. No. 43), has been gathered for the purpose of defending this lawsuit. I have access to that information in my capacity as counsel for Google in this matter. In connection with the Opposition, I also requested from Google information concerning the individuals who were impacted by the reduction in force announced on January 20, 2023, and who received a separation agreement and release on March 17, 2023.

3. Approximately 583 individuals impacted by the reduction in force announced on January 20, 2023, fall within the current definition of the expansive employee classes Plaintiffs seek to represent. Upon information and belief, these numbers were obtained by cross-referencing the two sources of information described above in paragraph 2.

4. According to those same records, as of April 18, 2023, approximately 421 of those 583 individuals have accepted Google's severance offer by executing their separation agreement and release. As of that same date, approximately 194 of those individuals have already received some or all of their severance payments.

5. Attached hereto are true and correct copies of the following documents, which represent a sample of the news stories covering this lawsuit and Plaintiffs' allegations of discrimination, harassment, and retaliation against Google:

| Article | Exhibit |
|---|---|
| James Gordon, *Black diversity recruiter for Google claims white manager said her Baltimore accent was a 'disability' before she was fired for calling out 'racist recruitment and hiring practices' at the tech giant*, DailyMail.com (Dec. 22, 2020), *available at* | Ex. 1 |

| | | |
|---|---|---|
| | https://www.dailymail.co.uk/news/article-9078173/April-Christina-Curley-black-diversity-recruiter-Google-claims-Baltimore-accent-disability.html | |
| | Danika Fears, *Diversity Recruiter: Google Fired Me Because I Called It Out on 'Racist Bullshit'*, Daily Beast (Dec. 21, 2020), *available at* https://www.thedailybeast.com/diversity-recruiter-april-christina-curley-says-google-fired-her-because-she-flagged-their-racist-bullshit | Ex. 2 |
| | April Glaser and Char Adams, *Second top Black female Google employee says she was recently ousted*, NBC News (Dec. 23, 2020) | Ex. 3 |
| | Shanelle Genai, *A Second Top Black Female Employee Reveals She Was Fired from Google Back in September*, The Root (Dec. 24, 2020), *available at* https://www.theroot.com/a-second-top-black-female-employee-reveals-she-was-fire-1845946772 | Ex. 4 |
| | Dante Kirby, *April Christina Curley spoke out against racism at Google. Her story points to the struggles Black women face in tech*, Technical.ly (Jan. 22, 2021), *available at* https://technical.ly/company-culture/april-christina-curley-google/ | Ex. 5 |
| | Natalie Prieb, *Lawsuit against Google alleges systemic bias against Black employees*, The Hill (Mar. 18, 2022), *available at* https://thehill.com/legal/598864-lawsuit-against-google-alleges-systemic-bias-against-black-employees/ | Ex. 6 |
| | Daisuke Wakabayashi, *Lawsuit Accuses Google of Bias Against Black Employees*, The New York Times (Mar. 18, 2022), *available at* https://www.nytimes.com/2022/03/18/technology/google-discrimination-suit-black-employees.html | Ex. 7 |
| | Ethan Baron, *Google hired Black woman to boost Black recruitment, fired her for fighting 'systemic discrimination': lawsuit*, The Mercury News (Mar. 18, 2022), *available at* https://www.mercurynews.com/2022/03/18/google-hired-black-woman-to-boost-black-recruitment-fired-her-for-fighting-systemic-discrimination-lawsuit/ | Ex. 8 |
| | Reuters, *Google accused in lawsuit of systemic bias against black employees*, New York Post (Mar. 18, 2022), *available at* https://nypost.com/2022/03/18/google-is-accused-in-lawsuit-of-systemic-bias-against-black-employees/ | Ex. 9 |
| | Staff, *Google gives Black workers lower-level jobs and pays them less, suit claims*, The Guardian (Mar. 18, 2022), *available at* https://www.theguardian.com/technology/2022/mar/18/google-black-employees-lawsuit-racial-bias | Ex. 10 |

| | |
|---|---|
| Sonya Herrera, *An ex-Google employee has sued the tech giant, accusing it of systematically discriminating against its Black workers*, Silicon Valley Business Journal (Mar. 18, 2022), *available at* https://www.bizjournals.com/sanjose/news/2022/03/18/black-former-google-worker-sues-for-discrimination.html | Ex. 11 |
| Paul Meara, *Google Accused of Systemic Bias Against Black Employees, Lawsuit Alleges*, BET.com (Mar. 18, 2022), *available at* https://www.bet.com/article/36rghb/google-accused-systemic-bias-against-black-employees-lawsuit | Ex. 12 |
| Silence DoGood, *Civil Rights Attorney Ben Crump and Stowell & Friedman File Lawsuit on Behalf of Google Employees Facing Race Discrimination*, The Southland Journal (Mar. 18, 2022), *available at* https://thesouthlandjournal.com/civil-rights-attorney-ben-crump-and-stowell-friedman-file-lawsuit-on-behalf-of-google-employees-facing-race-discrimination/ | Ex. 13 |
| Chase DiFeliciantonio, *Federal suit alleges Google discrimination against Black employees and other people of color*, The San Francisco Chronicle (Mar. 18, 2022), *available at* https://www.sfchronicle.com/tech/article/Federal-suit-alleges-Google-discriminates-against-17012566.php | Ex. 14 |
| Igor Bonifacic, *Lawsuit accuses Google of fostering systemic bias against Black employees*, Engadget (Mar. 19, 2022), *available at* https://www.engadget.com/google-lawsuit-april-curley-195820400.html | Ex. 15 |
| Malathi Nayak and Bloomberg, *Not 'Google' enough: Google sued by Black ex-employee over 'racially biased' culture*, Fortune (Mar. 19, 2022), *available at* https://fortune.com/2022/03/19/not-googly-enough-google-sued-by-black-ex-employee-over-racially-biased-culture-april-curley-san-diego-alaphabet-inc/ | Ex. 16 |
| Abhishek G. Bhaya, *Ex-worker leads lawsuit against Google over discrimination against Black employees*, CGTN (Mar. 19, 2022), *available at* https://news.cgtn.com/news/2022-03-19/Ex-worker-leads-lawsuit-against-Google-over-racial-discrimination--18wNG4WBV8Q/index.html | Ex. 17 |
| Sam Tabahriti, *A lawsuit accuses Google of racial bias against Black employees, alleging that it pays them less and denies them opportunities*, Business Insider (Mar. 19, 2022), *available at* https://www.businessinsider.com/google-lawsuit-racial-bias-against-black-employees-californa-2022-3 | Ex. 18 |
| Jack Kelly, *Accusations Made Against Google In Lawsuit Alleging Systemic Bias Against Black Employees*, Forbes (Mar. 19, 2022), | Ex. 19 |

| | |
|---|---|
| *available at* https://www.forbes.com/sites/jackkelly/2022/03/19/accusations-made-against-google-in-lawsuit-alleging-systemic-bias-against-black-employees/?sh=299eac4777c7 | |
| Reuters, *Google accused of systemic racial bias in lawsuit*, The Economic Times (Mar. 19, 2022), *available at* https://economictimes.indiatimes.com/news/international/business/google-accused-of-systemic-racial-bias-in-lawsuit/articleshow/90326972.cms?from=mdr | Ex. 20 |
| Anna Kramer, *A former Google recruiter is suing Google for racial discrimination*, Protocol (Mar. 21, 2022), *available at* https://www.protocol.com/bulletins/google-sued-racial-discrimination | Ex. 21 |
| Daniel Richardson, *Google faces a racial bias lawsuit, again,* Unleash AI (Mar. 21, 2022), *available at* https://www.unleash.ai/diversity-equity-inclusion/google-faces-racial-bias-lawsuit-again/ | Ex. 22 |
| Barbara Ortutay, *Lawsuit says Google discriminates against Black workers*, Associated Press (AP News) (Mar. 21, 2022), *available at* https://apnews.com/article/technology-business-lawsuits-california-discrimination-2c375e16ad4f236141c12507a2c07041 | Ex. 23 |
| Jeroslyn JoVonn, *Former Google Employee Files Lawsuit, Cites "Barriers" On Black Workers*, Black Enterprise (Mar. 21, 2022), *available at* https://www.blackenterprise.com/former-google-employee-sues-tech-giant-for-allegedly-imposing-barriers-and-double-standards-on-black-workers/ | Ex. 24 |
| Zach Fuentes, *Racial discrimination lawsuit filed against Google on behalf of minority employees*, ABC7 San Francisco (Mar. 22, 2022), *available at* https://abc7news.com/google-racial-discrimination-lawsuit-black-employees-racism-suit-april-curley-ben-crump/11669663/ | Ex. 25 |
| Sarah Todd, *"Not Googly enough": How racial bias allegedly manifests at Google*, QZ.com (Mar. 22, 2022), *available at* https://qz.com/work/2144981/how-racial-bias-manifests-at-google-according-to-a-new-lawsuit | Ex. 26 |
| Jay Barmann, *Alphabet Hit with Racial Discrimination Lawsuit by Former Diversity Recruiter for Google*, SF-ist (Mar. 22, 2022), *available at* https://sfist.com/2022/03/22/alphabet-hit-with-racial-discrimination-lawsuit-by-former-diversity-recruiter-for-google/ | Ex. 27 |
| Abby Cruz, *Black former employees sue Google for racial discrimination*, ABC News (Mar. 22, 2022), *available at* | Ex. 28 |

| | |
|---|---|
| https://abcnews.go.com/Business/black-employees-sue-google-racial-discrimination/story?id=83575202 | |
| Rayna Reid Rayford, *Another Lawsuit Accuses Google of Bias Against Black, Minority Employees*, Essence (Mar. 23, 2022), *available at* https://www.essence.com/news/google-lawsuit-racism-workplace/ | Ex. 29 |
| Arti, *Racial Discrimination Lawsuit Filed Against Google: Lesson for Other Companies*, Analytics Insight (Mar. 24, 2022), *available at* https://www.analyticsinsight.net/racial-discrimination-lawsuit-filed-against-google-lesson-for-other-companies/ | Ex. 30 |
| Delia Goncalves, *'Time to hold Google accountable' | Former diversity recruiter sues tech giant over systemic race discrimination*, WUSA 9 (Apr. 28, 2022), *available at* https://www.wusa9.com/article/news/local/former-diversity-recruiter-sues-tech-giant-over-systemic-race-discrimination/65-99b8868e-1219-41d2-b316-9c9c778ec548 | Ex. 31 |
| David Herman, *Plaintiff Opposes Dismissal of Systemic Racism Suit Against Google*, Law Street Media (Jan. 17, 2023), *available at* https://lawstreetmedia.com/news/tech/plaintiff-opposes-dismissal-of-systemic-racism-suit-against-google/ | Ex. 32 |

6. I am also aware of the following publicly-available video and audio recordings addressing Plaintiffs' claims against Google. The first seven entries address Plaintiffs' press conference live-streamed from in front of the Philip Burton Federal Building in San Francisco on March 21, 2022 at 11:00 am Pacific Time. Collectively, these videos have over 60,000 views on YouTube:

| Video/Interview |
|---|
| NBC Bay Area, *Former Employee Sues Google Over Alleged Discrimination*, YouTube.com (Mar. 21, 2022), *available at* https://www.youtube.com/watch?app=desktop&v=AKlUDBf0OUk |
| CBS Mornings, *Google faces lawsuit alleging racial discrimination against Black women*, YouTube.com (Mar. 22, 2022), *available at* https://www.youtube.com/watch?app=desktop&v=bYfM6ZVyjBQ |
| KRON 4, *Lawsuit accuses Google of bias against Black employees*, YouTube.com (Mar. 21, 2022), *available at* https://www.youtube.com/watch?v=DkeFQqoBWhs |

| |
|---|
| KPIX TV, *Former Google Employees File Suit, Say Tech Giant Discriminates Against Black Workers*, YouTube.com (Mar. 21, 2022), *available at* https://www.youtube.com/watch?v=j8uQkqBSv4c |
| ABC7 News Bay Area, *Black former Google employees announce racial discrimination lawsuit*, YouTube.com (Mar. 21, 2022), *available at* https://www.youtube.com/watch?app=desktop&v=j5zT6cO_6ZY |
| Interview with Attorney Ben Crump, *Google Sued for Racial Discrimination Against Black Employees*, KPFA 94.1 (Apr. 5, 2022), *available at* https://kpfa.org/player/?audio=377095 |
| KTVU FOX 2 San Francisco, *Lawsuit says Google discriminates against Black workers*, YouTube.com (Mar. 22, 2022), *available at* https://www.youtube.com/watch?v=oEU2jAf6uGM |
| NBC News, *Google Facing Lawsuit Over Allegations of Systemic Bias*, YouTube.com (Mar. 19, 2022), *available at* https://www.youtube.com/watch?v=ugxqbE832Jw |
| Indisputable with Dr. Rashad Richey, *Google Being Sued by Former Employee Over Discrimination*, YouTube.com (Mar. 27, 2022), *available at* https://www.youtube.com/watch?v=QmvW0cdMg2o |
| Noticias Telemundo, *Una exempleada acusa a Google de discriminación*, YouTube.com (Mar. 22, 2022), *available at* https://www.youtube.com/watch?v=1-Eu-kQdwY |
| Education News Flash, *April Curley Isn't Afraid to Take On Google*, YouTube.com (Feb. 9, 2021), *available at* https://www.youtube.com/watch?v=TVM_x4a3m2Y |
| WUSA9, *Former diversity recruiter sues tech giant over systemic race discrimination*, YouTube.com (Apr. 28, 2022), *available at* https://www.youtube.com/watch?v=jx5wl1gIIdg |
| Morning Show Producer, *Ben Crump client weighs in on current lawsuits*, Fox News Baltimore (July 7, 2022), *available at* https://foxbaltimore.com/morning/ben-crump-client-weighs-in-on-current-lawsuits |

7. Plaintiff April Curley's Twitter profile and feed is accessible to the public and available at https://twitter.com/RealAbril. Attached as Exhibit 33 to my Declaration is a true and accurate screenshot of the information visible to any individual who visits https://twitter.com/RealAbril, indicating she has 21,000 followers. Those who visit Plaintiff Curley's publicly accessible feed will also see the "Pinned Tweet" dated December 21, 2020, permanently fixed to the top of Plaintiff Curley's Twitter feed. That tweet about her allegedly

1  discriminatory treatment, proceeded by 20 additional tweets about the same subject matter, garnered over 46,000 re-tweets and over 138,000 "likes."

8. Plaintiffs' counsel Benjamin Crump's Facebook profile and feed is accessible to the public and available at https://www.facebook.com/attorneycrump/. Attached as Exhibit 34 to my Declaration are true and accurate screenshots of some of the posts that appear in Mr. Crump's Facebook feed concerning this lawsuit.

9. Mr. Crump's Instagram profile is also accessible to the public and available at @attorneycrump via the Instagram application, or https://www.instagram.com/attorneycrump/ via web browser. Attached as Exhibit 35 to my Declaration is a true and accurate screenshot of the information available to anyone accessing Mr. Crump's Instagram account, indicating he has approximately 520,000 followers.

10. Attached as Exhibit 36 to my Declaration are true and accurate screenshots of Mr. Crump's Instagram post with a 55-minute video of the March 21, 2022, press conference about this lawsuit, and another Instagram post about the lawsuit dated March 22, 2022, with nearly 16,000 views.

11. Mr. Crump's Twitter profile and feed is accessible to the public and available at https://twitter.com/AttorneyCrump. Attached as Exhibit 37 to my Declaration is a true and accurate screenshot of the information visible to any individual who visits https://twitter.com/AttorneyCrump, indicating he has over 685,000 followers.

12. Attached as Exhibit 38 to my Declaration are true and accurate screenshots of some of Mr. Crump's tweets about this lawsuit (from both his personal and firm Twitter account, @BenCrumpLaw).

13. Attached as Exhibit 39 to my Declaration is a true and accurate copy of the January 20, 2023, communication from Google announcing the upcoming reduction in force, available at https://blog.google/inside-google/message-ceo/january-update/.

14. On March 17, 2023, upon information and belief, all employees in the U.S. impacted by the reduction in force received the separation agreement and release. In exchange for a release

of claims, Google offered impacted employees an amount of severance based on tenure, in many cases in the five- to six-figure range.

15. Exhibit B to the Bish Declaration filed in support of Plaintiffs' Motion for Protective Order is a true and accurate copy of my correspondence with Plaintiffs' counsel regarding the separation agreement and release at issue. Plaintiffs did not respond to my invitation to discuss the issue further.

16. On April 20, 2023, I emailed counsel for Plaintiffs to request an extension of Google's deadline to oppose the Motion for Protective Order. The email also invited counsel to meet and confer over the relief requested in Plaintiffs' motion.

17. I met and conferred with Plaintiffs' counsel regarding the relief requested in Plaintiffs' Motion for Protective Order on April 26, 2023. To resolve the motion, I proposed that Google would agree not to exclude any putative class member who has signed a separation agreement and release from any class notice list (if any class is ever certified). I also indicated that Google would agree not to bar putative class members who signed a separation agreement and release from participating in any recovery, subject to Google's right to seek an appropriate offset for amounts already paid as severance. Counsel for Plaintiffs indicated they would consider Google's proposal.

18. On May 2, 2023, Plaintiffs' counsel requested additional information about the number of putative class members who received a separation agreement and release, and I responded the same day to provide the total number of putative class members who received a separation agreement and release. As of this writing, Plaintiffs' counsel has not responded and Plaintiffs have not agreed to Google's proposed resolution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 3, 2023, in Washington, D.C.

*/s/ Carson H. Sullivan*
Carson H. Sullivan