| | |
|---|---|
| Ben Crump (pro hac vice) | Linda D. Friedman (pro hac vice) |
| Nabeha Shaer (pro hac vice) | Suzanne E. Bish (pro hac vice) |
| BEN CRUMP LAW, PLLC | George Robot (pro hac vice) |
| 122 S. Calhoun St. | Mark S. Current (pro hac vice) |
| Tallahassee, FL 32301 | STOWELL & FRIEDMAN LTD. |
| Telephone:   (800) 713-1222 | 303 W. Madison St., Suite 2600 |
| court@bencrump.com | Chicago, Illinois 60606 |
| | Telephone:   (312) 431-0888 |
| Sam Sani (SBN 2733993) | sbish@sfltd.com |
| SANI LAW, APC | |
| 595 E. Colorado Blvd., Suite 522 | *Attorneys for Plaintiffs and the Putative Class* |
| Pasadena, CA 91101 | |
| Telephone:   (310) 935-0405 | |
| ssani@sanilawfirm.com | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | CASE NO: 4:22-cv-01735-AMO<br><br>**DECLARATION OF SUZANNE E. BISH IN SUPPORT OF REPLY** |

I, Suzanne E. Bish, declare:

1. I am an attorney at law admitted *pro hac vice* to practice before this Court, and I am counsel of record for Plaintiffs and the putative class in the above-captioned case.

2. On May 8, 2023, I conferred telephonically with Carson Sullivan, counsel for Google, concerning potential resolutions to this motion without court intervention, and offered a proposal.

3. On May 9, 2023, my associate Mark Current e-mailed our proposal to Ms. Sullivan. On May 10, 2023, Ms. Sullivan and her associate responded that Google was considering the proposal and expected to respond later this week.

4. We continue to seek resolution to this issue without further action from the Court and will advise the Court if the parties reach a resolution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 10, 2023, in Chicago, Illinois.

　　　　　　　　　　　/s/　　　　　*Suzanne E. Bish*　　　　　
　　　　　　　　　　　　　　　Suzanne E. Bish