| | |
|---|---|
| Ben Crump (pro hac vice) | Linda D. Friedman (pro hac vice) |
| Nabeha Shaer (pro hac vice) | Suzanne E. Bish (pro hac vice) |
| BEN CRUMP LAW, PLLC | George Robot (pro hac vice) |
| 122 S. Calhoun St. | STOWELL & FRIEDMAN LTD. |
| Tallahassee, FL 32301 | 303 W. Madison St., Suite 2600 |
| Telephone:     (800) 713-1222 | Chicago, Illinois 60606 |
| court@bencrump.com | Telephone:     (312) 431-0888 |
| | sbish@sfltd.com |

Sam Sani (SBN 2733993)
SANI LAW, APC
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
Telephone:     (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | CASE NO: 4:22-cv-01735-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION FOR PROTECTIVE ORDER AND CURATIVE NOTICE AND TO STRIKE HEARING DATE**<br><br>Hearing:<br>Date: June 2, 2023<br>Time: 2:00 p.m.<br>Place: San Francisco Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Courtroom 10, 19th Floor<br>Judge: Hon. Araceli Martinez-Olguin<br><br>ACTION FILED: March 18, 2022 |

Pursuant to Civil Local Rule 7-7, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation requesting that the Court permit Plaintiffs to withdraw the pending Motion for Protective Order and Curative Notice (the "Motion") (Dkt. 58) and strike the hearing date.

WHEREAS, on April 12, 2023, Plaintiffs filed a Motion for Protective Order and Curative Notice concerning releases obtained from putative class members in connection with recent layoffs. (Dkt. 58). The Motion is now fully briefed. (Dkts. 62, 64.)

WHEREAS, on May 11, 2023, after the matter was reassigned to this Court, the Plaintiffs re-noticed the Motion for hearing on June 2, 2023. (Dkt. 65.)

WHEREAS, on May 24, 2023, after continued negotiations, Plaintiffs and Defendant agreed on a resolution to the issues presented in the Motion for Protective Order and Curative Notice.

WHEREAS, in light of the parties' agreement, the Plaintiffs no longer seek the assistance of the Court in resolving this matter and therefore respectfully request to withdraw the Motion and strike the upcoming hearing date.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 7-7, by and between Plaintiffs and Google through their undersigned counsel as follows:

1. The Motion for Protective Order and Curative Notice (Dkt. 58) is withdrawn.

2. The June 2, 2023 hearing date is stricken.

Respectfully submitted,

Dated:  May 25, 2023             STOWELL & FRIEDMAN, LTD.

By:   /s/ *Suzanne E. Bish*
        Suzanne E. Bish

        One of the Attorneys for Plaintiffs and
        the Putative Class

Dated:  May 25, 2023             By:   /s/ *Carson H. Sullivan*
        Carson H. Sullivan

        One of the Attorneys for Defendant Google, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
                                                  United States District Judge Araceli Martínez-Olguín