CARSON H. SULLIVAN (*admitted pro hac vice*)
carsonsullivan@paulhastings.com
MADALYN K. DOUCET (*admitted pro hac vice*)
madalyndoucet@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 1(202) 551-1700
Facsimile: 1(202) 551-1705

EMILY R. PIDOT (SB# 233241)
emilypidot@paulhastings.com
SARA B. TOMEZSKO (*admitted pro hac vice*)
saratomezsko@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090

FELICIA A. DAVIS (SB# 266523)
feliciadavis@paulhastings.com
ANKUSH DHUPAR (SB# 307689)
ankushdhupar@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
Paul Hastings LLP
515 S. Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

*Attorneys for Defendant*
*Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO. 4:22-CV-01735-AMO<br><br>**DEFENDANT GOOGLE LLC'S RE-NOTICE OF MOTION, PARTIAL MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Complaint Filed: March 18, 2022<br>Second Amended<br>Complaint Filed: September 15, 2022<br>Hearing Date: August 17, 2023<br>Time: 2:00 p.m.<br>Courtroom: 10, 450 Golden Gate Avenue 19th Fl., San Francisco, CA 94102<br>Judge: Hon. Araceli Martínez-Olguín |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on August 17, 2023 at 2:00 p.m. in Courtroom 10, 19th Floor of the United States District Court for the Northern District of California, San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Google LLC ("Google") will move the Court for an Order: (1) dismissing or striking under Rule 12(b)(6) or 12(f) Plaintiff's employee and hiring class claims for failure to adequately plead the classes can satisfy Rule 23's procedural requirements; (2) dismissing Plaintiff Curley's individual New York State and City claims for failure to state a claim under Rule 12(b)(6) and failure to establish subject matter jurisdiction under Rule 12(b)(1); (3) dismissing Plaintiff Aweh's individual California and New York State and City failure-to-hire claims under Rule 12(b)(6) for failure to state a claim; (4) dismissing Plaintiff Curley's and Plaintiff Aweh's state law claims asserted on behalf of a putative class under Rule 12(b)(6) for lack of an adequate class representative with viable claims; (5) striking all class definitions as temporally overbroad pursuant to Rule 12(f); and (6) striking the "hiring class" definitions under Rule 12(f) as inconsistent with the pleadings. Google's Motion (Dkt. 44) is based upon this Re-Notice of Partial Motion to Dismiss and Motion to Strike; the Memorandum of Points and Authorities (Dkt. 44), Google's Request for Judicial Notice of Plaintiff's administrative charges (Dkt. 45), the complete pleadings and records on file herein, and such other evidence and arguments as may be presented at the hearing.

DATED: June 8, 2023                                    PAUL HASTINGS LLP


                                                       By: */s/ Carson H. Sullivan*
                                                              CARSON H. SULLIVAN


                                                       Attorneys for Defendant
                                                       GOOGLE LLC