1  Ben Crump (pro hac vice)
2  Nabeha Shaer (pro hac vice)
   BEN CRUMP LAW, PLLC
3  122 S. Calhoun St.
   Tallahassee, FL 32301
4  Telephone:    (800) 713-1222
   court@bencrump.com
5
6  Linda D. Friedman (pro hac vice)
   Suzanne E. Bish (pro hac vice)
7  George Robot (pro hac vice)
   STOWELL & FRIEDMAN LTD.
8  303 W. Madison St., Suite 2600
   Chicago, Illinois 60606
9  Telephone:    (312) 431-0888
   sbish@sfltd.com
10
11 Sam Sani (SBN 2733993)
   SANI LAW, APC
12 595 E. Colorado Blvd., Suite 522
   Pasadena, CA 91101
13 Telephone:    (310) 935-0405
   ssani@sanilawfirm.com
14
15 *Attorneys for Plaintiffs and the Putative Class*

16      **IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | CASE NO: 3:22-cv-01735-AMO<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE SEPTEMBER 20, 2023 HEARING ON DEFENDANT'S MOTION TO DISMISS AND STRIKE** |

25

26

PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE SEPTEMBER 20, 2023
HEARING ON DEFENDANT'S MOTION TO DISMISS AND STRIKE
3:22-cv-01735-AMO
- 1 -

482705

Plaintiffs, by and through their counsel, respectfully request that the Court reschedule the September 20, 2023 hearing on Defendant's Partial Motion to Dismiss and Strike due to Plaintiffs' counsel having a previously-scheduled arbitration on September 20–23 in Denver, Colorado for which they are currently preparing. This request is supported by the Declaration of Suzanne E. Bish, filed herewith, and Plaintiffs state the following in support:

1. On October 14, 2022, Defendant filed a 25-page motion to dismiss and/or strike all of Plaintiffs' state and federal class claims, and dismiss Plaintiffs Curley's and Aweh's individual New York and California claims ("the Motion"). (Dkt. 44). Plaintiffs filed their Response in Opposition to the Motion on January 11, 2023. (Dkt. 54–55). Defendant filed its Reply in Support of the Motion on January 27, 2023. (Dkt. 56).

2. On May 10, 2023, this matter was reassigned to the Honorable Judge Martínez-Olguín. (Dkt. 63). On June 8, 2023, Defendants re-noticed the Motion for August 17, 2023. (Dkt. 71). On June 15, 2023, the hearing was scheduled for September 21, 2023, (Dkt. 72) and then was rescheduled to September 20, 2023. (Dkt. 73).

3. Plaintiffs' lead counsel in this matter, who reside in Chicago, Illinois, have a previously-scheduled arbitration for two of their clients with discrimination claims on September 20–23 in Denver, Colorado. These clients are represented by both Stowell & Friedman, Ltd. and Ben Crump Law. Plaintiffs' counsel apologizes that they only recently realized this conflict but do not want to prejudice their clients in either matter.

4. As a result, and in order to advocate fully for all of their clients, Plaintiffs' counsel respectfully requests that the Court strike the September 20 hearing and reschedule it for October

PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE SEPTEMBER 20, 2023
HEARING ON DEFENDANT'S MOTION TO DISMISS AND STRIKE
3:22-cv-01735-AMO
- 2 -

482705

26, 2023 at 2:00 p.m. Plaintiffs' counsel conferred with Defendant's counsel and Defendant does not oppose rescheduling the hearing on October 26.

     5.     In the alternative, Plaintiffs respectfully submit that no hearing is necessary for the Court to decide Defendant's motion, given the full and extensive briefing by both parties. As a result and in order to preserve judicial resources, Plaintiffs respectfully request that the Court vacate the hearing date and rule without a hearing. Defendant opposes Plaintiffs' request that the Court vacate the hearing and rule on the Motion without a hearing.

     WHEREFORE, Plaintiffs respectfully request that the Court strike the September 20 hearing and reschedule it for October 26, or in the alternative, vacate the hearing date and rule without a hearing.

Dated:  September 13, 2023

                                      Respectfully submitted,

                                      STOWELL & FRIEDMAN, LTD.

                                      By:   */s/ Suzanne E. Bish*
                                             Suzanne E. Bish

                                      One of the Attorneys for Plaintiffs and the Putative Class



GRANTED
Judge Araceli Martinez-Olguin
September 14, 2023

PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE SEPTEMBER 20, 2023
HEARING ON DEFENDANT'S MOTION TO DISMISS AND STRIKE
3:22-cv-01735-AMO
- 3 -

482705