1  CARSON H. SULLIVAN (*admitted pro hac vice*)
   carsonsullivan@paulhastings.com
2  MADALYN K. DOUCET (*admitted pro hac vice*)
   madalyndoucet@paulhastings.com
3  PAUL HASTINGS LLP
   2050 M Street NW
4  Washington, D.C. 20036
   Telephone: 1(202) 551-1700
5  Facsimile: 1(202) 551-1705

6  EMILY R. PIDOT (SB# 233241)
   emilypidot@paulhastings.com
7  SARA B. TOMEZSKO (*admitted pro hac vice*)
   saratomezsko@paulhastings.com
8  PAUL HASTINGS LLP
   200 Park Avenue
9  New York, New York 10166
   Telephone: 1(212) 318-6000
10 Facsimile: 1(212) 319-4090

FELICIA A. DAVIS (SB# 266523)
feliciadavis@paulhastings.com
ANKUSH DHUPAR (SB# 307689)
ankushdhupar@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 S. Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

*Attorneys for Defendant*
*Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO. 3:22-CV-01735-AMO<br><br>[~~PROPOSED~~] ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE NOVEMBER 2, 2023 HEARING ON DEFENDANT'S MOTION TO DISMISS AND STRIKE |

1  Having considered Defendant's Unopposed Motion to Reschedule November 2, 2023
2  Hearing on Defendant's Motion to Dismiss and Strike, the papers and all pleadings on file and
3  good cause appearing therefor, IT IS HEREBY ORDERED that
4      1.   Defendant's Motion to Dismiss and Strike will be heard on the following date:
5  December 14, 2023 at 02:00 PM PST.

11  **IT IS SO ORDERED.**

13  DATED:   October 27, 2023            By: _____
14                                           HON. ARACELI MARTÍNEZ-OLGUÍN