Ben Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Telephone:     (800) 713-1222
court@bencrump.com

Linda D. Friedman (pro hac vice)
Suzanne E. Bish (pro hac vice)
George Robot (pro hac vice)
STOWELL & FRIEDMAN LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Telephone:     (312) 431-0888
sbish@sfltd.com

Sam Sani (SBN 2733993)
SANI LAW, APC
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
Telephone:     (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>        v.<br><br>GOOGLE, LLC,<br><br>            Defendant. | CASE NO: 3:22-cv-01735-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' TIME TO AMEND THEIR COMPLAINT** |

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation requesting that the Court extend the deadline for Plaintiffs to amend their complaint by 30 days to February 28, 2024. In support of this stipulated request, Plaintiffs state as follows:

WHEREAS, on December 28, 2023, this Court entered an order denying Defendant's motion to strike the class allegations and granting in part Defendant's partial motion to dismiss, with leave to amend. (Dkt. 83.)

WHEREAS, Plaintiffs' counsel have been working diligently, but due to preexisting deadlines in other matters, including other out of state class action settlements, and unexpected personal emergencies and obligations of Plaintiffs' counsel leading this case, Plaintiffs' counsel requires additional time to confer with Plaintiffs and perform the work necessary to amend their complaint consistent with this Court's thorough and thoughtful Opinion. Accordingly, Plaintiffs respectfully request an additional 30 days to file their amended complaint.

WHEREAS, Defendant does not object and consents to this extension after conferring with Plaintiffs' counsel.

WHEREAS, no extensions to this deadline have been previously sought or granted.

WHEREAS, previous time modifications in the case have been 1) moving, by two joint stipulations, the time for Plaintiffs to file their second amended complaint to September 15, 2022, and the time for Defendant to answer that Complaint for 30 days later; 2) moving, by three joint stipulations, the time for Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss and Strike from December 7, 2022 to January 6, 2023, and time for Defendant to file its reply from December 21, 2022 to January 27, 2023; 3) moving, by joint stipulation the time for

Defendant to respond to Plaintiffs' Motion for a Protective Order and Curative Notice from April 3, 2023 to May 3, 2023 and the time for Plaintiffs to file their reply to May 10, 2023, but the case was then reassigned to this Court and the motion was withdrawn by agreement.

WHEREAS, the proposed extension of time will modify the time for the Defendant to respond to the Complaint by 30 days as well, but it will not change any other deadlines in the case.

WHEREAS, Plaintiffs respectfully request that the Court extend the time for them to amend their Complaint by 30 days to February 28, 2024.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-2, by and between Plaintiffs and Defendant through their undersigned counsel as follows:

1.    Plaintiffs' deadline to amend their Complaint is February 28, 2024.

2.    Defendant's deadline to file an Answer or otherwise plead is March 29, 2024.

The parties are reminded that per the Court's Standing Order, parties seeking an extension of a court deadline must seek an extension at least seven days prior to the deadline.

Respectfully submitted,

Dated:  January 26, 2024          STOWELL & FRIEDMAN, LTD.

By:  /s/ Suzanne E. Bish
        Suzanne E. Bish

        One of the Attorneys for Plaintiffs and
        the Putative Class

Dated:  January 26, 2024          By:  /s/ Carson H. Sullivan
        Carson H. Sullivan

        One of the Attorneys for Defendant Google, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 29, 2024          _____
                                   United States District Judge Araceli Martínez-Olguín

JOINT STIPULATION AND ~~PROPOSED~~
ORDER TO EXTEND PLAINTIFFS' TIME TO AMEND THEIR COMPLAINT
3:22-cv-01735-AMO
- 3 -