| | |
|---|---|
| 1 | |
| 2 | Ben Crump (pro hac vice) |
| | Nabeha Shaer (pro hac vice) |
| 3 | BEN CRUMP LAW, PLLC |
| | 122 S. Calhoun St. |
| 4 | Tallahassee, FL 32301 |
| | Telephone:   (800) 713-1222 |
| 5 | court@bencrump.com |
| 6 | |
| | Linda D. Friedman (pro hac vice) |
| 7 | Suzanne E. Bish (pro hac vice) |
| | George Robot (pro hac vice) |
| 8 | STOWELL & FRIEDMAN, LTD. |
| | 303 W. Madison St., Suite 2600 |
| 9 | Chicago, Illinois 60606 |
| | Telephone:   (312) 431-0888 |
| 10 | sbish@sfltd.com |
| 11 | |
| | Sam Sani (SBN 2733993) |
| 12 | SANI LAW, APC |
| | 595 E. Colorado Blvd., Suite 522 |
| 13 | Pasadena, CA 91101 |
| | Telephone:   (310) 935-0405 |
| 14 | ssani@sanilawfirm.com |
| 15 | |
| | *Attorneys for Plaintiffs and the Putative Class* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and behalf of all others similarly situated, | CASE NO: 3:22-cv-01735-AMO |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ALL DEADLINES** |
| v. | |
| GOOGLE, LLC, | |
| Defendant. | |

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation requesting that the Court stay all deadlines in this case, including for Plaintiffs to file an amended complaint, for 120 days to allow the parties time to explore private mediation options. In support of this stipulated request, the parties state as follows:

WHEREAS, on December 28, 2023, this Court entered an order denying Defendant's motion to strike the class allegations and granting in part Defendant's partial motion to dismiss with leave to amend the complaint. (Dkt. 83.) The parties requested by joint stipulation, and this Court ordered, that Plaintiffs file any amended complaint by February 28, 2024. (Dkt. 85.)

WHEREAS, the parties have since conferred and believe that, in light of the Court's ruling, this is an appropriate time to explore private mediation options. Accordingly, to avoid burdening the Court and to direct their resources toward assessing the potential for an agreed resolution, the parties respectfully request that the Court stay all deadlines in this case, including the deadline for Plaintiffs to file their amended complaint, for 120 days. In counsel's experience, the amount of time requested will allow for the exchange of information in facilitation of mediation, and to retain and schedule with a mutually agreeable, experienced mediator.

WHEREAS, the proposed stay of all deadlines will stay the current deadlines to file an amended complaint (February 28, 2024), to answer or otherwise respond to the amended complaint (March 29, 2024), complete a Rule 26(f) conference (March 14, 2024), submit a case management statement (March 28, 2024), and participate in an initial case management conference (April 3, 2024).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rules 6-2 and 7-12, by and between Plaintiffs and Defendant through their undersigned counsel as follows:

1. All deadlines in the case, including Plaintiffs' deadline to file an amended complaint, are stayed by 120 days.

2. The parties shall submit a joint status report within 7 days of the conclusion of the 120-day stay to advise the Court of the progress of any negotiations, or to propose a schedule to govern the case moving forward.

Respectfully submitted,

Dated: February 19, 2024     STOWELL & FRIEDMAN, LTD.

By: /s/ Suzanne E. Bish
Suzanne E. Bish

One of the Attorneys for Plaintiffs and the Putative Class

Dated: February 19, 2024     By: /s/ Carson H. Sullivan
Carson H. Sullivan

One of the Attorneys for Defendant Google, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 22, 2024

United States District Judge Araceli Martínez-Olguín