Ben Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Telephone:     (800) 713-1222
court@bencrump.com

Linda D. Friedman (pro hac vice)
Suzanne E. Bish (pro hac vice)
George Robot (pro hac vice)
STOWELL & FRIEDMAN, LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Telephone:     (312) 431-0888
sbish@sfltd.com

Sam Sani (SBN 2733993)
SANI LAW, APC
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
Telephone:     (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | CASE NO: 3:22-cv-01735-AMO<br><br>**JOINT STATUS REPORT; [PROPOSED] ORDER** |

1   The parties to the above-entitled action jointly submit this JOINT STATUS REPORT

2   pursuant to this Court's February 22, 2024 Order issued by Judge Araceli Martínez-Olguín.

3   **STATUS**

4   Since the parties' last report to the Court, they retained a mediator experienced in the

5   mediation of class action discrimination cases and exchanged information necessary for

6   negotiations, including workforce data.

7   The parties then attended a full-day, in-person mediation before Mediator Hunter Hughes

8   on June 12, 2024 in San Diego, attended by counsel and clients.

9   Following the mediation, the parties agreed to continue to exchange information and

10  continue their discussions. As a result, the parties participated in follow-up meetings on Tuesday,

11  June 18, 2024, and Thursday, June 20, 2024, and continue to engage in discussions via email. The

12  parties are hopeful that these ongoing efforts will be productive.

13  In the meantime, the parties agree to the following schedule for amended pleadings:

14  - Plaintiffs' Third Amended Complaint will be due on or before July 26, 2024.

15  - Defendant's response to the Third Amended Complaint will be due on or before

16  August 26, 2024.

17  The parties will be in a better position to propose further deadlines (*e.g.*, a schedule governing

18  pre-certification discovery, and/or a briefing schedule if Google responds to the Third Amended

19  Complaint with a motion to dismiss and/or strike) after reviewing the pleadings and assessing

20  Plaintiffs' forthcoming amendments. Accordingly, and assuming the ongoing discussions to

21  resolve the matter are unsuccessful, the parties agree that on or before August 30, 2024, they will

22

23

24

25

26

1  jointly propose a schedule for the completion of pre-certification discovery.

2            Respectfully submitted,

3

4  Dated:  June 28, 2024              STOWELL & FRIEDMAN, LTD.

5                                     By:___/s/ Suzanne E. Bish_____
                                          Suzanne E. Bish
6

7                                         One of the Attorneys for Plaintiffs and
                                          the Putative Class
8

9  Dated:  June 28, 2024              By:___/s/ Carson H. Sullivan_____
                                          Carson H. Sullivan
10

11                                        One of the Attorneys for Defendant Google LLC

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15  DATED:_____

16                                     _____
                                       United States District Judge Araceli Martínez-Olguín

17

18

19

20

21

22

23

24

25

26