Ben Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Telephone:   (800) 713-1222
court@bencrump.com

Linda D. Friedman (pro hac vice)
Suzanne E. Bish (pro hac vice)
George Robot (pro hac vice)
Caitlin Kearney (pro hac vice)
Jared A. Calvert (pro hac vice)
STOWELL & FRIEDMAN, LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Telephone:   (312) 431-0888
lfriedman@sfltd.com
sbish@sfltd.com

Sam Sani (SBN 2733993)
SANI LAW, APC
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
Telephone:   (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>         Defendant. | CASE NO. 3:22-CV-01735-AMO<br><br>**JOINT STATUS REPORT** |

Plaintiffs April Curley, Desiree Mayon, Ronika Lewis, Rayna Reid, Anim Aweh, Ebony Thomas, and Defendant Google LLC (collectively, the "Parties"), by and through their respective counsel of record, respectively submit the following Joint Status Report:

1. The parties have reached an agreement in principle to resolve the case and are currently working on finalizing such agreement, subject to reducing it to writing and court approval.

2. Plaintiffs thereafter will file a motion for preliminary approval of the settlement, which will also include the parties' draft notice to settlement class members.

3. The parties request that the Court schedule a hearing on Plaintiffs' motion for preliminary approval the week of May 5, 2025, or a later date based on the Court's convenience.

Respectfully submitted,

Dated: March 28, 2025      STOWELL & FRIEDMAN, LTD

By: */s/ Linda D. Friedman*
    Linda D. Friedman

One of the Attorneys for Plaintiffs and the Putative Class

PAUL HASTINGS LLP

Dated: March 28, 2025      By: */s/ Carson H. Sullivan*
                               Carson H. Sullivan

One of the Attorneys for Defendant Google LLC