1  Ben Crump (pro hac vice)
   Nabeha Shaer (pro hac vice)
2  BEN CRUMP LAW, PLLC
3  122 S. Calhoun St.
   Tallahassee, FL 32301
4  Telephone:    (800) 713-1222
   court@bencrump.com
5
6  Linda D. Friedman (pro hac vice)
   Suzanne E. Bish (pro hac vice)
7  George Robot (pro hac vice)
   STOWELL & FRIEDMAN LTD.
8  303 W. Madison St., Suite 2600
   Chicago, Illinois 60606
9  Telephone:    (312) 431-0888
   lfriedman@sfltd.com
10
11 Sam Sani (SBN 2733993)
   SANI LAW, APC
12 595 E. Colorado Blvd., Suite 522
   Pasadena, CA 91101
13 Telephone:    (310) 935-0405
   ssani@sanilawfirm.com
14
15 *Attorneys for Plaintiffs and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | CASE NO: 3:22-cv-01735-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>Hon. Kandis A. Westmore |

JOINT STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES
3:22-cv-01735-KAW
- 1 -

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Google, LLC (collectively, the "Parties"), hereby respectfully submit the following stipulation requesting that the Court extend Plaintiffs' deadline to file a motion for preliminary approval from April 28, 2025, to May 8, 2025.

WHEREAS, on March 28, 2025, the Parties informed the Court that they have reached a settlement in principle to resolve the class claims in this case (Dkt. 129);

WHEREAS, the Court ordered Plaintiffs to file a motion for preliminary approval by April 28, 2025 (Dkt. 130);

WHEREAS, the Parties have been working diligently and continue to work on assembling all the information necessary for the Court's consideration at the preliminary approval hearing but require additional time to do so;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rules 6-2 and 7-12, Plaintiffs' deadline to file their Motion for Preliminary Approval is May 8, 2025.

Respectfully submitted,

Dated: April 25, 2025       STOWELL & FRIEDMAN, LTD.

By:   */s/ Linda D. Friedman*
      Linda D. Friedman

      One of the Attorneys for Plaintiffs and
      the Putative Class

Dated: April 25, 2025       By:   */s/ Carson H. Sullivan*
                                  Carson H. Sullivan

                                  One of the Attorneys for Defendant Google, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____        _____
                            The Honorable Kandis A. Westmore