| | |
|---|---|
| 1 | Ben Crump (pro hac vice) |
| 2 | Nabeha Shaer (pro hac vice) |
| | BEN CRUMP LAW, PLLC |
| 3 | 122 S. Calhoun St. |
| | Tallahassee, FL 32301 |
| 4 | Telephone:    (800) 713-1222 |
| 5 | court@bencrump.com |
| 6 | Linda D. Friedman (pro hac vice) |
| | Suzanne E. Bish (pro hac vice) |
| 7 | George Robot (pro hac vice) |
| | STOWELL & FRIEDMAN LTD. |
| 8 | 303 W. Madison St., Suite 2600 |
| | Chicago, Illinois 60606 |
| 9 | Telephone:    (312) 431-0888 |
| 10 | lfriedman@sfltd.com |
| 11 | Sam Sani (SBN 2733993) |
| | SANI LAW, APC |
| 12 | 595 E. Colorado Blvd., Suite 522 |
| | Pasadena, CA 91101 |
| 13 | Telephone:    (310) 935-0405 |
| 14 | ssani@sanilawfirm.com |
| 15 | *Attorneys for Plaintiffs and the Putative Class* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and on behalf of all others similarly situated, | CASE NO: 4:22-cv-01735-KAW |
| | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFFS AWEH AND THOMAS** |
| Plaintiffs, | |
| v. | **ORDER** |
| GOOGLE, LLC, | Hon. Kandis A. Westmore |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, that pursuant to Rule 41(a)(1)(A)((ii) of the Federal Rules of Civil Procedure, by and through their respective counsel, Plaintiffs Anim Aweh and Ebony Thomas, and Defendant Google, LLC ("Defendant"), hereby stipulate that the claims brought by Plaintiffs Aweh and Thomas, individually and on behalf of all others similarly situated, against Defendant in this litigation are hereby dismissed with prejudice, with each side to bear their own costs, fees, attorneys' fees, and expenses, and that a judgment of dismissal with prejudice may be entered as to these claims and these parties.[1] This dismissal does not affect the claims of Plaintiffs April Curley, Desiree Mayon, Ronika Lewis, or Rayna Reid, individually and on behalf of all others similarly situated, against Defendant.

Respectfully submitted,

Dated: May 5, 2025          STOWELL & FRIEDMAN, LTD.

By: */s/ Linda D. Friedman*
Linda D. Friedman

One of the Attorneys for Plaintiffs and the Putative Class

Dated: May 5, 2025          By: */s/ Carson H. Sullivan*
Carson H. Sullivan

One of the Attorneys for Defendant Google, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 9, 2025          _____
The Honorable Kandis A. Westmore
United States Magistrate Judge

---

[1] Plaintiffs Aweh and Thomas will not be Class Members of the Proposed Class Settlement because they were applicants and never worked at Google, and the Proposed Class Settlement will not include applicants.