1  CARSON H. SULLIVAN (*admitted pro hac vice*)
   carsonsullivan@paulhastings.com
2  MADALYN K. DOUCET (*admitted pro hac vice*)
   madalyndoucet@paulhastings.com
3  CLAIRE SABA MURPHY (*admitted pro hac vice*)
   clairesabamurphy@paulhastings.com
4  ZARA SHORE (*admitted pro hac vice*)
   zarashore@paulhastings.com
5  PAUL HASTINGS LLP
   2050 M Street NW
6  Washington, D.C. 20036
   Telephone: 1(202) 551-1700
7  Facsimile: 1(202) 551-1705

8  Attorneys for Defendant
   GOOGLE LLC
9
   (*Additional counsel listed on next page*)
10

11              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
12

13  APRIL CURLEY, DESIREE MAYON,          CASE NO. 4:22-CV-01735-KAW
    RONIKA LEWIS, RAYNA REID, ANIM
14  AWEH, and EBONY THOMAS,               **DECLARATION RE: NOTICE OF**
    individually and on behalf of all others  **SETTLEMENT SENT UNDER CLASS**
15  similarly situated,                   **ACTION FAIRNESS ACT OF 2005**

16              Plaintiffs,               Date:      July 17, 2025
                                          Time:      1:30 p.m.
17          vs.                           Courtroom: TBD, 1301 Clay Street,
                                                     Oakland, CA 9461
18  GOOGLE LLC,                           Judge:     Hon. Kandis A. Westmore

19              Defendant.

20

21

22

23

24

25

26

27

28

1   EMILY R. PIDOT (SB# 233241)
    emilypidot@paulhastings.com
2   SARA B. TOMEZSKO (*admitted pro hac vice*)
    saratomezsko@paulhastings.com
3   PAUL HASTINGS LLP
    200 Park Avenue
4   New York, New York 10166
    Telephone:  1(212) 318-6000
5   Facsimile:  1(212) 319-4090

6   FELICIA A. DAVIS (SB# 266523)
    feliciadavis@paulhastings.com
7   ANKUSH DHUPAR (SB# 307689)
    ankushdhupar@paulhastings.com
8   LINDSEY C. JACKSON (SB# 313396)
    lindseyjackson@paulhastings.com
9   PAUL HASTINGS LLP
    515 S. Flower Street
10  Twenty-Fifth Floor
    Los Angeles, California 90071-2228
11  Telephone:  1(213) 683-6000
    Facsimile:  1(213) 627-0705

12
    Attorneys for Defendant
13  GOOGLE LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Carson H. Sullivan, declare:

1.     I am a partner with Paul Hastings LLP, and one of the attorneys representing Defendant Google LLC ("Google") and admitted *pro hac vice* in this action.  I make this declaration attesting to the sending of notice of the parties' proposed settlement of this class action under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").  I have personal knowledge of the matters set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2.     The Court has set July 17, 2025, as the date for the hearing on Plaintiffs' motion for certification for settlement purposes and motion for preliminary approval of the settlement agreement.

3.     On May 16, 2025 (within ten days of the date on which Plaintiffs filed the motion for certification for settlement purposes and motion for preliminary approval of the settlement agreement, and more than 90 days before the final approval hearing, which has yet to be set), staff at my firm were directed to serve and did serve on the appropriate federal and state officials notice of the proposed settlement in this action pursuant to 28 U.S.C. § 1715 (the "CAFA Notice").  The CAFA Notice consisted of the Notice of Proposed Settlement, the documents described in paragraph 5 below, and cover letters addressed to the appropriate federal or state officials.

4.     Attached to this declaration as **Exhibit A** is a true and correct copy of the Notice of Proposed Settlement.

5.     The following documents were provided with the Notice of Settlement:

a.     Pursuant to 28 U.S.C. § 1715(b)(1), Plaintiffs' Complaint (Dkt. No. 1), Amended Complaint (Dkt. No. 32), Second Amended Complaint (Dkt. No. 43), and Third Amended Complaint (Dkt. No. 93) filed in this action;

b.     Pursuant to 28 U.S.C. § 1715(b)(3), the proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of their rights to request exclusion from the proposed settlement (Dkt. No. 138-1 at Exhibit B);

c. Pursuant to 28 U.S.C. § 1715(b)(4), the proposed class action settlement ("Settlement Agreement") (Dkt. No. 138-1 at Exhibit A);

d. Pursuant to 28 U.S.C. § 1715(b)(7), a document containing the names of class members, the state in which they reside, and the estimated proportionate share of the claims of such members to the entire settlement.

6. There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement; there has been no final judgment or notice of dismissal of the claims covered by the proposed class settlement; and no written judicial opinion has yet issued relating to the materials described in 28 U.S.C. sections 1715(b)(3) to (6). Accordingly, 28 U.S.C. sections 1715(b)(5), (6), and (8) do not apply and the CAFA Notice does not include any document under these subsections.

7. The cover letters, addressed to the Attorney General of the United States and the Attorney General or other appropriate official of each state in which Google's records show a class member resides pursuant to 28 U.S.C. section 1715(b)(7), listed the contents of the CAFA Notice and explained its format.

8. Attached to this declaration as **Exhibit B** are true and correct copies of the cover letters addressed and mailed to the Attorney General of the United States and the Attorneys General or other appropriate officials of the States of Arizona, Arkansas, California, Colorado, Connecticut, Delaware, the District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Utah, Virginia, Washington, and Wisconsin.

9. Attached to this declaration as **Exhibit C** is a true and correct copy of the Proof of Service of CAFA Notice, which includes the names and addresses of the federal and state officials served with the CAFA Notice.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 3, 2025, in Washington, D.C.

_/s/ Carson H. Sullivan_
Carson H. Sullivan

# EXHIBIT A

CARSON H. SULLIVAN (*admitted pro hac vice*)
carsonsullivan@paulhastings.com
MADALYN K. DOUCET (*admitted pro hac vice*)
madalyndoucet@paulhastings.com
CLAIRE SABA MURPHY (*admitted pro hac vice*)
clairesabamurphy@paulhastings.com
ZARA SHORE (*admitted pro hac vice*)
zarashore@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 1(202) 551-1700
Facsimile: 1(202) 551-1705

Attorneys for Defendant
GOOGLE LLC

(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and on behalf of all others similarly situated, | CASE NO. 4:22-CV-01735-KAW |
| Plaintiffs, | **DEFENDANT GOOGLE LLC'S NOTICE OF PROPOSED SETTLEMENT PURSUANT TO 28 U.S.C. § 1715(B)** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |

1  EMILY R. PIDOT (SB# 233241)
   emilypidot@paulhastings.com
2  SARA B. TOMEZSKO (*admitted pro hac vice*)
   saratomezsko@paulhastings.com
3  PAUL HASTINGS LLP
   200 Park Avenue
4  New York, New York 10166
   Telephone:  1(212) 318-6000
5  Facsimile:  1(212) 319-4090

6  FELICIA A. DAVIS (SB# 266523)
   feliciadavis@paulhastings.com
7  ANKUSH DHUPAR (SB# 307689)
   ankushdhupar@paulhastings.com
8  LINDSEY C. JACKSON (SB# 313396)
   lindseyjackson@paulhastings.com
9  PAUL HASTINGS LLP
   515 S. Flower Street
10 Twenty-Fifth Floor
   Los Angeles, California 90071-2228
11 Telephone:  1(213) 683-6000
   Facsimile:  1(213) 627-0705
12
   Attorneys for Defendant
13 GOOGLE LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that the parties to this class action have settled the case with a proposed class settlement. Pursuant to 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides this notice to the Attorney General of the United States of America and the appropriate state official in each state in which a Class Member resides.

1.    Pursuant to 28 U.S.C. § 1715(b)(1), attached hereto as **Exhibit A** are copies of Plaintiffs' Complaint (Dkt. No. 1), Amended Complaint (Dkt. No. 32), Second Amended Complaint (Dkt. No. 43), and Third Amended Complaint (Dkt. No. 93) filed in this action;

2.    Pursuant to 28 U.S.C. § 1715(b)(2), Plaintiffs' motion for certification for settlement purposes and motion for preliminary approval of the settlement agreement is scheduled to be heard on July 17, 2025, at 1:30 p.m. in the above-titled court (*see* Dkt. No. 138);

3.    Pursuant to 28 U.S.C. § 1715(b)(3), attached hereto as **Exhibit B** is the proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of their rights to request exclusion from the proposed settlement (Dkt. No. 138-1 at Exhibit B);

4.    Pursuant to 28 U.S.C. § 1715(b)(4), attached hereto as **Exhibit C** is the proposed class action settlement ("Settlement Agreement") (Dkt. No. 138-1 at Exhibit A);

5.    Pursuant to 28 U.S.C. § 1715(b)(5), there are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement;

6.    Pursuant to 28 U.S.C. § 1715(b)(6), there has been no final judgment or notice of dismissal of the claims covered by the proposed class settlement;

7.    Pursuant to 28 U.S.C. § 1715(b)(7), attached hereto as **Exhibit D** is a document containing the names of class members, the state in which they reside, and the

1    estimated proportionate share of the claims of such members to the entire

2    settlement[1];

3    8.    Pursuant to 28 U.S.C. § 1715(b)(8), no written judicial opinion has yet issued

4    relating to the materials described under subparagraphs (3) through (6).

5    To access updated information about the status of the proposed settlement, you may

6    access the electronic docket for this case through Public Access to Court Electronic Records

7    ("PACER"), https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?110606992933674-L_1_0-1.

8    Through PACER, you may access the complete case file in this action and information about the

9    upcoming hearing for preliminary approval.

10    If you have questions about this notice, the underlying action, or the enclosed materials,

11    please contact counsel for Google as follows:

## COUNSEL FOR GOOGLE

| CARSON H. SULLIVAN | SARA B. TOMEZSKO |
|---|---|
| carsonsullivan@paulhastings.com | saratomezsko@paulhastings.com |
| PAUL HASTINGS LLP | PAUL HASTINGS LLP |
| 2050 M Street NW | 200 Park Avenue |
| Washington, D.C. 20036 | New York, New York 10166 |
| Telephone: 1(202) 551-1700 | Telephone: 1(212) 318-6267 |
| Facsimile: 1(202) 551-1705 | Facsimile: 1(212) 230-7767 |

DATED:  May 16, 2025                PAUL HASTINGS LLP

By: _/s/ Carson H. Sullivan_____
CARSON H. SULLIVAN

Attorney for Defendant
GOOGLE LLC

---

[1] The percentages shown in Exhibit D represent reasonable estimates of the proportionate recovery allocable to the class members in each state. Actual payments to class members will be determined and distributed by the Court-appointed Trustee in accordance with the Individual Claims Resolution Process (see Exhibit C hereto, § VIII.D) following Final Approval of the Settlement.

# EXHIBIT B



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Pamela Bondi
United States Attorney General
Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

*Re:*      *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Bondi:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

  A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

  B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

  C.  The proposed class action settlement ("Settlement Agreement");

  D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Kris Mayes
Arizona Attorney General
Office of the Attorney General
2005 N Central Ave
Phoenix, AZ 85004-1545

*Re:*    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Mayes:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.  The proposed class action settlement ("Settlement Agreement");

D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Tim Griffin
Arkansas Attorney General
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201

Re:     *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Griffin:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.   The proposed class action settlement ("Settlement Agreement");

   D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Rob Bonta
California Attorney General
ATTN: CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

*Re:*     *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Bonta:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.   The proposed class action settlement ("Settlement Agreement");

   D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Phil Weiser
Colorado Attorney General
Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

*Re:*    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Weiser:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.  The proposed class action settlement ("Settlement Agreement");

D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General William Tong
Connecticut Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Tong:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.  The proposed class action settlement ("Settlement Agreement");

   D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Kathy Jennings
Delaware Attorney General
Office of the Attorney General
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Jennings:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.   The proposed class action settlement ("Settlement Agreement");

   D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General James Uthmeier
Florida Attorney General
Office of the Attorney General
Collins Building
107 West Gaines Street
Tallahassee, FL 32399

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Uthmeier:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.    Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.    The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.    The proposed class action settlement ("Settlement Agreement");

D.    A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Chris Carr
Georgia Attorney General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia  30334

*Re:     Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Carr:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.  The proposed class action settlement ("Settlement Agreement");

D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Anne Lopez
Hawaii Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Lopez:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

    A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

    B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

    C.   The proposed class action settlement ("Settlement Agreement");

    D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Raúl Labrador
Idaho Attorney General
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, Idaho 83720-0010

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Labrador:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.    Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.    The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.    The proposed class action settlement ("Settlement Agreement");

D.    A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Kwame Raoul
Illinois Attorney General
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603

Re:     *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Raoul:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.   The proposed class action settlement ("Settlement Agreement");

   D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Todd Rokita
Indiana Attorney General
Office of the Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Rokita:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.  The proposed class action settlement ("Settlement Agreement");

D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Russell Coleman
Kentucky Attorney General
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601-3449

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Coleman:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.   The proposed class action settlement ("Settlement Agreement");

D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Liz Murrill
Louisiana Attorney General
Office of the Attorney General
1885 North Third Street
Baton Rouge, LA 70802

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Murrill:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.  The proposed class action settlement ("Settlement Agreement");

   D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Andrea Campbell
Massachusetts Attorney General
Office of the Attorney General
1 Ashburton Place, 20th Floor
Boston, MA 02108

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Campbell:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.    Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.    The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.    The proposed class action settlement ("Settlement Agreement");

D.    A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Anthony G. Brown
Maryland Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202

*Re:*    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General G. Brown:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action. This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A. Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B. The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C. The proposed class action settlement ("Settlement Agreement");

D. A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Dana Nessel
Michigan Attorney General
Office of the Attorney General
G. Mennen Williams Building
P.O. Box 30212
Lansing, MI 48909

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Nessel:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.  The proposed class action settlement ("Settlement Agreement");

   D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

**PAUL**

**HASTINGS**

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Keith Ellison
Minnesota Attorney General
Office of the Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101

Re:     *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Ellison:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

    A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

    B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

    C.  The proposed class action settlement ("Settlement Agreement");

    D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Lynn Fitch
Mississippi Attorney General
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205

*Re:*    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Fitch:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action. This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.  The proposed class action settlement ("Settlement Agreement");

   D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Andrew Bailey
Missouri Attorney General
Missouri Attorney General's Office
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102

*Re:*   *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Bailey:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A. Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B. The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C. The proposed class action settlement ("Settlement Agreement");

   D. A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Aaron Ford
Nevada Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717

*Re:      Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Ford:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.   The proposed class action settlement ("Settlement Agreement");

   D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General John Formella
New Hampshire Attorney General
Office of the Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH 03301

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Formella:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

  A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

  B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

  C.  The proposed class action settlement ("Settlement Agreement");

  D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Raul Torrez
New Mexico Attorney General
Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Torrez:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

    A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

    B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

    C.  The proposed class action settlement ("Settlement Agreement");

    D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Matt Platkin
New Jersey Attorney General
Office of the Attorney General
Richard J. Hughes Justice Complex (HJC)
8th Floor, West Wing
25 Market Street
Trenton, NJ 08625-0080

*Re:*    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Platkin:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A. Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B. The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C. The proposed class action settlement ("Settlement Agreement");

D. A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Letitia James
New York Attorney General
ATTN: CAFA Coordinator
Office of the New York State Attorney General
28 Liberty Street, 15th Floor
New York, NY 10005

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General James:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

  A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

  B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

  C.   The proposed class action settlement ("Settlement Agreement");

  D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Jeff Jackson
North Carolina Attorney General
Office of the Attorney General
114 West Edenton Street
Raleigh, NC 27603

Re:     *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Jackson:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.   The proposed class action settlement ("Settlement Agreement");

   D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Dave Yost
Ohio Attorney General
Office of the Attorney General
30 East Broad Street
Columbus, Ohio 43215

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Yost:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.   The proposed class action settlement ("Settlement Agreement");

D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Gentner Drummond
Oklahoma Attorney General
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Drummond:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.    Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.    The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.    The proposed class action settlement ("Settlement Agreement");

D.    A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Dan Rayfield
Oregon Attorney General
Office of the Attorney General
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Rayfield:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.    Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.    The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.    The proposed class action settlement ("Settlement Agreement");

D.    A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Dave Sunday
Pennsylvania Attorney General
Office of the Attorney General
16th Floor, Strawberry Square
320 Market Street
Harrisburg, PA 17120

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Sunday:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.   The proposed class action settlement ("Settlement Agreement");

   D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Peter Neronha
Rhode Island Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Neronha:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.    Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.    The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.    The proposed class action settlement ("Settlement Agreement");

D.    A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Alan Wilson
South Carolina Attorney General
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Wilson:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.   The proposed class action settlement ("Settlement Agreement");

   D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Jonathan Skrmetti
Tennessee Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

*Re:*    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Skrmetti:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action. This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A. Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B. The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C. The proposed class action settlement ("Settlement Agreement");

D. A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Ken Paxton
Texas Attorney General
Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

*Re:*      *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Paxton:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.   The proposed class action settlement ("Settlement Agreement");

D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL
# HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Derek Brown
Utah Attorney General
Office of the Attorney General
350 N. State Street, Suite 230
Utah Capitol Building
Salt Lake City, UT  84114

Re:     *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Brown:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

> A.  Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;
>
> B.  The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;
>
> C.  The proposed class action settlement ("Settlement Agreement");
>
> D.  A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Jason Miyares
Virginia Attorney General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219

*Re:*    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Miyares:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C.   The proposed class action settlement ("Settlement Agreement");

   D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Nick Brown
Washington Attorney General
Office of the Attorney General
1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100

Re:    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Brown:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.    Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.    The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.    The proposed class action settlement ("Settlement Agreement");

D.    A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP



1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Brian Schwalb
District of Columbia Attorney General
Office of the Attorney General
400 6th St., NW
Washington, DC 20001

*Re:*    *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Schwalb:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

A.   Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

B.   The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

C.   The proposed class action settlement ("Settlement Agreement");

D.   A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# PAUL HASTINGS

1(202) 551-1809
carsonsullivan@paulhastings.com

May 16, 2025

Attorney General Josh Kaul
Wisconsin Attorney General
Office of the Attorney General
Wisconsin Department of Justice
State Capitol, Room 114 East
P. O. Box 7857
Madison, WI 53707-7857

Re:     *Curley et al. v. Google LLC*, No. 4:22-CV-01735-KAW (N.D. Cal.)

Dear Attorney General Kaul:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), Defendant Google LLC ("Google") provides notice of the proposed class settlement reached between Plaintiffs and Google in the above-entitled action.  This CAFA notice consists of the enclosed Notice of Proposed Settlement and the following documents:

   A. Copies of Plaintiffs' Complaint, Amended Complaint, Second Amended Complaint, and Third Amended Complaint filed in this action;

   B. The proposed notice ("Notice of Class Action, Proposed Settlement Agreement, and Final Approval Hearing"), which includes a notification to class members of the members' rights to request exclusion from the proposed settlement;

   C. The proposed class action settlement ("Settlement Agreement");

   D. A document containing the names of class members, the state in which they reside, and the estimate proportionate share of the claims of such members to the entire settlement.

There are no settlements or other agreements contemporaneously made between class counsel and counsel for Google in connection with the proposed class settlement. There has been no final judgment or notice of dismissal of the claims covered by the proposed settlement, nor any judicial opinion issued relating to the materials identified in items A-C above.

In the interest of reducing the volume of paper, the above items are provided electronically on the enclosed CD. Should you desire any of these items by paper, please contact me by telephone or e-mail, and we will happily provide the desired information.

Thank you for your attention to this matter.

Very truly yours,

Carson H. Sullivan
of PAUL HASTINGS LLP

# EXHIBIT C

1  CARSON H. SULLIVAN (*admitted pro hac vice*)
   carsonsullivan@paulhastings.com
2  MADALYN K. DOUCET (*admitted pro hac vice*)
   madalyndoucet@paulhastings.com
3  CLAIRE SABA MURPHY (*admitted pro hac vice*)
   clairesabamurphy@paulhastings.com
4  ZARA SHORE (*admitted pro hac vice*)
   zarashore@paulhastings.com
5  PAUL HASTINGS LLP
   2050 M Street NW
6  Washington, D.C. 20036
   Telephone: 1(202) 551-1700
7  Facsimile: 1(202) 551-1705

8  Attorneys for Defendant
   GOOGLE LLC
9
   (*Additional counsel listed on next page*)
10

11          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
12

13  APRIL CURLEY, DESIREE MAYON,          CASE NO. 4:22-CV-01735-KAW
    RONIKA LEWIS, RAYNA REID, ANIM
14  AWEH, and EBONY THOMAS,               **PROOF OF SERVICE OF CAFA**
    individually and on behalf of all others  **NOTICE**
15  similarly situated,

16              Plaintiffs,

17          vs.

18  GOOGLE LLC,

19              Defendant.

20

21

22

23

24

25

26

27

28

1  EMILY R. PIDOT (SB# 233241)
   emilypidot@paulhastings.com
2  SARA B. TOMEZSKO (*admitted pro hac vice*)
   saratomezsko@paulhastings.com
3  PAUL HASTINGS LLP
   200 Park Avenue
4  New York, New York 10166
   Telephone:  1(212) 318-6000
5  Facsimile:  1(212) 319-4090

6  FELICIA A. DAVIS (SB# 266523)
   feliciadavis@paulhastings.com
7  ANKUSH DHUPAR (SB# 307689)
   ankushdhupar@paulhastings.com
8  LINDSEY C. JACKSON (SB# 313396)
   lindseyjackson@paulhastings.com
9  PAUL HASTINGS LLP
   515 S. Flower Street
10 Twenty-Fifth Floor
   Los Angeles, California 90071-2228
11 Telephone:  1(213) 683-6000
   Facsimile:  1(213) 627-0705
12
   Attorneys for Defendant
13 GOOGLE LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I am employed in the City and County of Los Angeles, State of California.  I am over the

2    age of 18, and not a party to the within action.  My business address is 515 South Flower Street,

3    Twenty-Fifth Floor, Los Angeles, California  90071-2228.

4    On May 16, 2025, I served the following documents described as:

5    • **CAFA COVER LETTER REGARDING NOTICE OF PROPOSED**
6    **SETTLEMENT (WITH ENCLOSURES)**

7    • **NOTICE OF PROPOSED SETTLEMENT**

8    • **ONE CD CONTAINING (A) PLAINTIFFS' COMPLAINT, AMENDED**
     **COMPLAINT, SECOND AMENDED COMPLAINT, AND THIRD**
9    **AMENDED COMPLAINT FILED IN THIS ACTION; (B) THE PROPOSED**
     **NOTICE TO CLASS MEMBERS; (C) THE PROPOSED SETTLEMENT**
10   **AGREEMENT; AND (D) A LIST OF CLASS MEMBERS**

11   on the interested parties by placing true and correct copies thereof in envelopes address as

12   follows:

13

14   Attorney General Pamela Bondi                 Attorney General Kris Mayes
     United States Attorney General                Arizona Attorney General
15   Office of the U.S. Attorney General           Office of the Attorney General
     U.S. Department of Justice                    2005 N Central Avenue
16   950 Pennsylvania Avenue, NW                   Phoenix, AZ 85004-1545
     Washington, D.C. 20530-0001
17
     Attorney General Tim Griffin                  Attorney General Rob Bonta
18   Arkansas Attorney General                     California Attorney General
     Office of the Attorney General                ATTN: CAFA Coordinator
19   323 Center Street, Suite 200                  Office of the Attorney General
     Little Rock, AR 72201                         Consumer Protection Section
20                                                 455 Golden Gate Ave., Suite 1100
21                                                 San Francisco, CA 94102

22   Attorney General Phil Weiser                  Attorney General William Tong
     Colorado Attorney General                     Connecticut Attorney General
23   Office of the Attorney General                Office of the Attorney General
     Colorado Department of Law                    165 Capitol Avenue
24   Ralph L. Carr Judicial Building               Hartford, CT 06106
     1300 Broadway, 10th Floor
25   Denver, CO 80203

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorney General Kathy Jennings
Delaware Attorney General
Office of the Attorney General
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

Attorney General Brian Schwalb
District of Columbia Attorney General
Office of the Attorney General
400 6th St., NW
Washington, D.C. 20001

Attorney General James Uthmeier
Florida Attorney General
Office of the Attorney General
Collins Building
107 West Gaines Street
Tallahassee, FL 32399

Attorney General Chris Carr
Georgia Attorney General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334

Attorney General Anne Lopez
Hawaii Attorney General
Department of the Attorney General
425 Queen Street,
Honolulu, HI 96813

Attorney General Raúl Labrador
Idaho Attorney General
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, Idaho 83720-0010

Attorney General Kwame Raoul
Illinois Attorney General
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603

Attorney General Todd Rokita
Indiana Attorney General
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Attorney General Russell Coleman
Kentucky Attorney General
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601-3449

Attorney General Liz Murrill
Louisiana Attorney General
Office of the Attorney General
1885 North Third Street
Baton Rouge, LA 70802

Attorney General Anthony G. Brown
Maryland Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202

Attorney General Andrea Campbell
Massachusetts Attorney General
Office of the Attorney General
1 Ashburton Place, 20th Floor
Boston, MA 02108

Attorney General Dana Nessel
Michigan Attorney General
Office of the Attorney General
G. Mennen Williams Building
P.O. Box 30212
Lansing, MI 48909

Attorney General Keith Ellison
Minnesota Attorney General
Office of the Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101

Attorney General Lynn Fitch
Mississippi Attorney General
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205

Attorney General Andrew Bailey
Missouri Attorney General
Missouri Attorney General's Office
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102

Attorney General Aaron Ford
Nevada Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717

Attorney General John Formella
New Hampshire Attorney General
Office of the Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH 03301

Attorney General Matt Platkin
New Jersey Attorney General
Office of the Attorney General
Richard J. Hughes Justice Complex (HJC)
8th Floor, West Wing
25 Market Street
Trenton, NJ 08625-0080

Attorney General Raul Torrez
New Mexico Attorney General
Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Attorney General Letitia James
New York Attorney General
ATTN: CAFA Coordinator
Office of the New York State Attorney
General
28 Liberty Street, 15th Floor
New York, NY 10005

Attorney General Jeff Jackson
North Carolina Attorney General
Office of the Attorney General
114 West Edenton Street
Raleigh, NC 27603

Attorney General Dave Yost
Ohio Attorney General
Office of the Attorney General
30 East Broad Street
Columbus, Ohio 43215

Attorney General Gentner Drummond
Oklahoma Attorney General
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Attorney General Dan Rayfield
Oregon Attorney General
Office of the Attorney General
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096

Attorney General Dave Sunday
Pennsylvania Attorney General
Office of the Attorney General
16th Floor, Strawberry Square
320 Market Street
Harrisburg, PA 17120

Attorney General Peter Neronha
Rhode Island Attorney General
RI Office of the Attorney General
150 South Main Street
Providence, RI 02903

Attorney General Alan Wilson
South Carolina Attorney General
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211

1

2

3

4

5

6

7

8

9

10

11

12

Attorney General Jonathan Skrmetti
Tennessee Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Attorney General Derek Brown
Utah Attorney General
Office of the Attorney General
350 N State Street, Suite 230
Utah Capitol Building
Salt Lake City, UT 84114

Attorney General Nick Brown
Washington Attorney General
Office of the Attorney General
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100

Attorney General Ken Paxton
Texas Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Attorney General Jason Miyares
Virginia Attorney General
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219

Attorney General Josh Kaul
Wisconsin Attorney General
Office of the Attorney General
Wisconsin Department of Justice
State Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707-7857

13        The envelopes were then sealed.  I am readily familiar with the firm's practice of

14   collecting and processing correspondence for mailing.  Under that practice, the sealed envelopes

15   would be deposited with the U.S. Postal Service on that same day with postage thereon fully

16   prepaid in the ordinary course of business.

17        I declare under penalty of perjury under the laws of the United States that the above is true

18   and correct.

19        Executed on May 16, 2025, at Los Angeles, California.

20

21                                                    _____

22                                                          Francine Sheldon

23

24

25

26

27

28