UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CURLEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:22-cv-01735-KAW<br><br>**ORDER VACATING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO AMEND CLASS NOTICE**<br><br>Re: Dkt. Nos. 138, 143, 144 |

On May 8, 2025, Plaintiffs April Curley, Desiree Mayon, and Ronika Lewis filed a motion for preliminary approval of the class action settlement agreement between the parties. (Dkt. No. 138.) The Settlement Agreement provides that "Settlement Class Counsel intends to petition the Court for Service Awards to Settlement Class Representatives for their efforts and service to the Settlement Class, in an amount not to exceed Fifty Thousand Dollars and Zero Cents ($50,000.00) per Settlement Class Representative." (Settlement Agreement, Dkt. No. 138-1, Ex. A § 10.A.) The proposed class notice reflected that the amount sought for the class representatives' service awards would not exceed $50,000. (Notice, Dkt. No. 138-1, Ex. B at 8.) The hearing on the motion for preliminary approval is set for July 17, 2025. *Id.*

On July 10, 2025, Plaintiffs filed an administrative motion to amend the proposed class notice to increase the amount sought for the Settlement Class Representatives from $50,000 to $250,000. (Pl.'s Admin. Mot., Dkt. No. 143.) On July 11, 2025, Defendant filed a response explaining that it did not stipulate to modify the cap for the service awards, because the $50,000 maximum was the product of arms-length negotiations and the proposed increase is inconsistent with the terms of the settlement agreement. (Def.'s Resp., Dkt. No. 144.)

Even if the settlement agreement did not explicitly limit the amount of the service award sought, the parties agreed to the form and substance of the class notice, which unequivocally stated that the service award sought would not exceed $50,000. If Plaintiffs truly wish to seek an award that is five times higher than the amount they bargained for, the parties do not appear to have an agreement to settle this case.

Accordingly, the July 17, 2025 hearing on the pending motion for preliminary approval (Dkt. No. 138) is VACATED, and the parties are ordered to meet and confer and file a joint status report by **August 1, 2025** to inform the Court as to how they would like to proceed.

Finally, Plaintiffs' administrative motion to amend the proposed class notice (Dkt. No. 143) is DENIED.

IT IS SO ORDERED.

Dated: July 14, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2