Ben Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Telephone:     (800) 713-1222
court@bencrump.com

Linda D. Friedman (pro hac vice)
Suzanne E. Bish (pro hac vice)
George Robot (pro hac vice)
Caitlin Kearney (pro hac vice)
Jared A. Calvert (pro hac vice)
STOWELL & FRIEDMAN, LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Telephone:     (312) 431-0888
lfriedman@sfltd.com
sbish@sfltd.com

Sam Sani (SBN 2733993)
SANI LAW, APC
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
Telephone:     (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | CASE NO. 4:22-CV-01735-KAW<br><br>**JOINT STATUS REPORT** |

The parties to the above-entitled action jointly submit this Joint Status Report pursuant to this Court's August 1, 2025 order:

1. Counsel for Plaintiffs continue to confer with their clients and as such, Plaintiffs respectfully request that the parties receive an additional 5 days to provide a joint status report, on or before August 20, 2025.

2. Counsel for Plaintiffs have conferred with Counsel for Defendant regarding this request and Defendant does not object to Plaintiffs' request.

                                          Respectfully submitted,

Dated: August 15, 2025        STOWELL & FRIEDMAN, LTD

                                          By:   */s/ Linda D. Friedman*
                                                 Linda D. Friedman

                                        One of the Attorneys for Plaintiffs and the Putative Class

                                        PAUL HASTINGS LLP

Dated: August 15, 2025        By:   */s/ Carson H. Sullivan*
                                                 Carson H. Sullivan

                                        One of the Attorneys for Defendant Google LLC