1  Ben Crump (pro hac vice)
2  Nabeha Shaer (pro hac vice)
   BEN CRUMP LAW, PLLC
3  122 S. Calhoun St.
   Tallahassee, FL 32301
4  Telephone:   (800) 713-1222
   court@bencrump.com
5
6  Linda D. Friedman (pro hac vice)
   Suzanne E. Bish (pro hac vice)
7  George Robot (pro hac vice)
   Caitlin Kearney (pro hac vice)
8  Jared A. Calvert (pro hac vice)
   STOWELL & FRIEDMAN, LTD.
9  303 W. Madison St., Suite 2600
   Chicago, Illinois 60606
10 Telephone:   (312) 431-0888
   lfriedman@sfltd.com
11 sbish@sfltd.com
12
   Sam Sani (SBN 2733993)
13 SANI LAW, APC
   595 E. Colorado Blvd., Suite 522
14 Pasadena, CA 91101
   Telephone:   (310) 935-0405
15 ssani@sanilawfirm.com
16
   *Attorneys for Plaintiffs and the Putative Class*
17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and behalf of all others similarly situated, | CASE NO. 4:22-CV-01735-KAW **JOINT STATUS REPORT** |
| Plaintiffs, | |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | |

The parties to the above-entitled action jointly submit this Joint Status Report:

1. The parties believe the terms of the Settlement Agreement as agreed to and executed by all of the parties and submitted to the Court on May 8, 2025, (Dkt. No. 138-1, Exhibit A) meets the standards for preliminary approval.

2. Named Plaintiffs and putative Class Counsel believe the Settlement is in the best interest of the class.

3. The parties respectfully request that the Court set a hearing on Plaintiffs' unopposed motion for class certification and preliminary approval (Dkt. No. 138) for September 4, 2025, or if that date is not available for the Court, on September 18, November 6, or November 20, 2025.

Respectfully submitted,

Dated: August 20, 2025        STOWELL & FRIEDMAN, LTD

By: */s/ Linda D. Friedman*
    Linda D. Friedman

One of the Attorneys for Plaintiffs and the Putative Class

PAUL HASTINGS LLP

Dated: August 20, 2025        By: */s/ Carson H. Sullivan*
    Carson H. Sullivan

One of the Attorneys for Defendant Google LLC