Ben Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Telephone:    (800) 713-1222
court@bencrump.com

Linda D. Friedman (pro hac vice)
Suzanne E. Bish (pro hac vice)
George Robot (pro hac vice)
Caitlin Kearney (pro hac vice)
Jared A. Calvert (pro hac vice)
STOWELL & FRIEDMAN, LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Telephone:    (312) 431-0888
lfriedman@sfltd.com
sbish@sfltd.com

Sam Sani (SBN 2733993)
SANI LAW, APC
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
Telephone:    (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, RAYNA REID, ANIM AWEH, and EBONY THOMAS, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO. 4:22-CV-01735-KAW<br><br>**PLAINTIFFS' STATUS REPORT** |

1    Pursuant to the Court's August 26, 2025 Order, Plaintiffs to the above-entitled action submit the following status report.

    1.    Plaintiffs intend to seek $50,000 awards as contemplated by the settlement agreement.

    2.    Plaintiffs apologize for the lack of clarity in the previous Joint Status Report (Dkt. No. 149), as it was not their intention to leave any ambiguity about their intentions regarding service awards.

    3.    As previously reported in their Joint Status Report (*id.*), the parties respectfully request that the Court set a hearing on Plaintiffs' unopposed motion for class certification and preliminary approval (Dkt. No. 138) for September 4, 2025, or if that date is not available for the Court, on September 18, November 6, or November 20, 2025.

    Respectfully submitted,

Dated:  August 26, 2025          STOWELL & FRIEDMAN, LTD

    By:    */s/ Linda D. Friedman*
        Linda D. Friedman

    One of the Attorneys for Plaintiffs and the Putative Class