UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CURLEY, et al., | Case No. 4:22-cv-01735-KAW |
| Plaintiffs, | **ORDER REQUIRING SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR FINAL APPROVAL** |
| v. | |
| GOOGLE LLC, | Re: Dkt. No. 164 |
| Defendant. | |

On May 7, 2026, the Court held a hearing on Plaintiffs' unopposed motion for final approval of the class action settlement. Before the motion can be granted, however, the Court requires additional information regarding the estimated cost of the Trustee's administration of the Individual Claims Process, because that cost is to be paid out of the Gross Settlement Fund.

Accordingly, Plaintiffs are ordered to file a supplemental declaration, on or before May 13, 2026, calculating the cost of administration based on the submission of 100% of the Claims Forms, as well as calculations based on 50% and 75% of the Claims Forms. Professor Cohn's fee schedule shall be attached as an exhibit.

IT IS SO ORDERED.

Dated: May 7, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California