Ben Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Telephone:     (800) 713-1222
court@bencrump.com

Linda D. Friedman (pro hac vice)
Suzanne E. Bish (pro hac vice)
George S. Robot (pro hac vice)
Caitlin M. Kearney (pro hac vice)
STOWELL & FRIEDMAN LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Telephone:     (312) 431-0888
lfriedman@sfltd.com

Sam Sani (SBN 2733993)
SANI LAW, APC
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
Telephone:     (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs and the Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, and RAYNA REID, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE, LLC,<br><br>        Defendant. | CASE NO: 4:22-cv-01735-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SEALING EXHIBIT**<br><br>Hon. Kandis A. Westmore |

Pursuant to Local Civil Rules 79-5 and 7-11, Plaintiffs and Defendant Google LLC (collectively, the "Parties"), hereby respectfully submit the following stipulation to file under seal the Opt-Out List—which contains the names, addresses, and telephone numbers of Settlement Class Members who opted out—in order to protect the privacy interests of these third parties.

WHEREAS, the Opt-Out List contains the names, addresses, and telephone numbers of Settlement Class Members who opted out;

WHEREAS, sealing the names, addresses, and telephone numbers of Settlement Class Members who opted out protects the privacy interests of these non-party opt outs;

WHEREAS, protecting the privacy interests of non-parties who elected to opt out of the Settlement Class provides compelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records, *see, e.g.*, *Opperman v. Path, Inc.*, No. 13-cv-00453, 2017 WL 1036652, at *4 (N.D. Cal. Mar. 17, 2017) (sealing exhibit containing names, email addresses, and phone numbers of non-parties); *Ralston v. Mortg. Invs. Grp., Inc.*, No. 508-cv-00536, 2013 WL 12175069, at *3 (N.D. Cal. June 19, 2013) (ordering that the list of opt-outs be filed "with the Court under seal to protect the privacy interests of the Successful Opt-Outs");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rules 79-5 and 7-11, because compelling reasons exist to seal the Opt-Out List, the exhibit containing that list shall remain under seal.

Respectfully submitted,

Dated: April 2, 2026        STOWELL & FRIEDMAN, LTD.

By:    */s/ Caitlin M. Kearney*
       Caitlin M. Kearney

       One of the Attorneys for Plaintiffs and
       the Class

Dated:  April 2, 2026          PAUL HASTINGS LLP

By:     */s/ Sara B. Tomezsko*
        Sara B. Tomezsko

One of the Attorneys for Defendant Google LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 14, 2026          _____

The Honorable Kandis A. Westmore

JOINT STIPULATION AND [PROPOSED] ORDER SEALING EXHIBIT
4:22-cv-01735-KAW
- 3 -