Ben Crump (pro hac vice)
Nabeha Shaer (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Telephone:      (800) 713-1222
court@bencrump.com

Linda D. Friedman (pro hac vice)
Suzanne E. Bish (pro hac vice)
George S. Robot (pro hac vice)
Caitlin M. Kearney (pro hac vice)
STOWELL & FRIEDMAN LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Telephone:      (312) 431-0888
lfriedman@sfltd.com

Sam Sani (SBN 2733993)
SANI LAW, APC
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
Telephone:      (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs and the Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL CURLEY, DESIREE MAYON, RONIKA LEWIS, and RAYNA REID, for and on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | CASE NO: 4:22-cv-01735-KAW<br><br>~~[PROPOSED]~~ **ORDER APPOINTING TRUSTEE** |

Pursuant to Rule 53 of the Federal Rules of Civil Procedure and the parties' Settlement Agreement ("Settlement Agreement," Dkt. No. 164-1), the Court hereby appoints Professor Lynn P. Cohn, Co-Director of the Center on Negotiation, Mediation, and Restorative Justice at the Northwestern Pritzker School of Law, as a Trustee[1] to perform the duties described below and any other duty prescribed by the Settlement Agreement. Unless otherwise specified herein, capitalized terms shall have the meanings stated in the Settlement Agreement.

1.    **Duties of Trustee.** The Trustee shall proceed with all reasonable diligence and perform the following duties:

a. The Trustee shall serve as Trustee of the Settlement Fund and shall act as a fiduciary with respect to the handling, management, and distribution of the Settlement Fund as set forth in the terms of the Settlement Agreement.

b. The Trustee may select, in consultation with Settlement Class Counsel, Neutrals to assist in the Individual Claims Resolution Process ("ICRP").

c. Both the Trustee and any Neutrals shall have the immunities and protections of Rule 53 of the Federal Rules of Civil Procedure in the performance of the duties set forth in the Settlement Agreement.

d. The Trustee shall participate in some of the assessment of Claim Forms; make reports to Settlement Class Counsel and the Court as necessary in a confidential and/or *ex parte* manner, consistent with the obligations in the Stipulated Protective Order; select Neutrals to participate in the ICRP subject to the limitations in the Settlement Agreement; review and approve any contracts and the bills of the Neutrals and others performing services in the settlement process (all of which shall be paid by the Claims Administrator out of the Gross Settlement Fund); and perform the below and other duties necessary to effectuate the Settlement

---

[1] In this Order, "Trustee" has the meaning ascribed to "Master" under Rule 53 of the Federal Rules of Civil Procedure.

Agreement, including those requested by Settlement Class Counsel or the Court.

e.  The Trustee shall have the discretion whether to allow late Claim Forms submitted by Participating Settlement Class Members for good cause shown. The Trustee's decision on whether to accept a late Claim Form is final and binding.

f.  The Trustee shall review all of the proposed Individual Settlement Payments recommended by the Neutrals for consistency and fairness and shall render a final determination as to the Individual Settlement Payment, if any, which should be paid to each Claimant. The total amount of the Individual Settlement Payments and associated payroll taxes shall not exceed the Net Settlement Fund.

g.  The Trustee will establish, for tax purposes, the allocation of Individual Settlement Payments for each Claimant to wages, interest, compensatory damages, or other tax character as is appropriate based on the principles set forth in the IRS Regulations provided, however, that no more than 50% of the Individual Settlement Payment shall be treated as non-wage payments.

h.  The Trustee shall prepare a report of all Individual Settlement Payments (including tax allocations thereof) to all Claimants ("Individual Settlement Payments Report") and provide it to the Claims Administrator.

i.  There shall be no appeal from the final Individual Settlement Payments determined by the Trustee, which shall be final and not subject to review by, or appeal to, any court, mediator, arbitrator, or other judicial body, including without limitation this Court. Google, Google's Counsel, and Settlement Class Counsel shall have no responsibility, and may not be held liable, for any determination reached by the Trustee.

j.  The Trustee shall perform all other duties as provided in the Settlement Agreement.

2.  **Communications with the Court and the Parties.** In executing the duties stated

above, the Trustee may communicate *ex parte* with the Court, Settlement Class Members, the Claims Administrator, and/or Settlement Class Counsel.

3.      Accordingly, GOOD CAUSE APPEARING, the Court hereby APPOINTS Professor Lynn P. Cohn as Trustee.

**IT IS SO ORDERED.**

Dated: May 14, 2026

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge